B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**P&P Realty Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA ReMax Team 2000** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**37-1431583** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15607 S. Harlem, Orland Park, IL 60462**<br>**18080 S. Wolf Rd, Orland Park, IL 60467**<br>ZIP Code | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8947 W. 147th Street**<br>**Orland Park, IL**<br>ZIP Code **60462** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **P&P Realty Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Patrick and Pamela Allen** | Case Number: | Date Filed: |
| District: **Northern District of Illinois** | Relationship: **Principals of the Debtor** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____  4/27/11 Signature of Attorney for Debtor(s)   (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **P&P Realty Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III 3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Rosenbloom, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**

_____
Address

**Lottenheimer@otrlaw.com and Jrose@otrlaw.com**
**847-520-9400  Fax: 847-520-9411**
Telephone Number

4/27/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

**Patick J. Allen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

4/27/11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **P&P Realty Inc.**

Debtor

Case No._____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 720,334.09 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,113,596.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 32 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 2,578,169.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 14 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 61 | | | |
| Total Assets | | | 720,334.09 | | |
| Total Liabilities | | | | 3,691,765.24 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **P&P Realty Inc.**

Case No. _____

Debtor

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **P&P Realty Inc.**    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **P&P Realty Inc.** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: First Midwest Bank (15607 Harlem) | - | 2,553.76 |
| | | Escrow Account: First Midwest Bank (15607 Harlem) | - | 424;490.40 |
| | | Commission Account: First Midwest Bank (15607 Harlem) | - | 75,581.69 |
| | | Checking Account: First Midwest Bank (18080 Wolf) | - | 732.98 |
| | | Escrow Account: First Midwest Bank (18080 Wolf) | - | 159,155.00 |
| | | Commission Account: First Midwest Bank (18080 Wolf) | - | 10,880.79 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 21 Desktops and monitors, 20 printers (purchased in 2004), 70 desks, 90 chairs, 20 miscellaneous file cabinets | - | 7,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous pictures | - | 200.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      681,094.62
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **P&P Realty Inc.**
_____
Debtor

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 37,239.47 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >       37,239.47
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **P&P Realty Inc.**                                                      Case No. _____
                                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **4 fax machines, 2 telephone systems, 8 copiers (leased)** | - | 2,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 2,000.00 |
| (Total of this page) | |

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **P&P Realty Inc.** _____,    Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 720,334.09 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **P&P Realty Inc.**                                              Case No. _____
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Line of credit/loan | | | | | |
| **First Midwest Bank** 17500 S. Oak Park Avenue Tinley Park, IL 60477 | | - | | | | | | | | |
| | | | | | Value $            48,226.21 | | | | 1,034,996.00 | 986,769.79 |
| Account No. | | | | | Copier Lease | | | | | |
| **GE Capital** PO Box 740423 Atlanta, GA 30374 | | - | | | | | | | | |
| | | | | | Value $             1,000.00 | | | | 3,600.00 | 2,600.00 |
| Account No. | | | | | Copier Lease | | | | | |
| **U.S. Bank Corp. Business Equipment Finance Group** 1310 Madrid Street, #101 Marshall, MN 56258 | | - | | | | | | | | |
| | | | | | Value $               300.00 | | | | 75,000.00 | 74,700.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| | | | | | Subtotal (Total of this page) | | | | 1,113,596.00 | 1,064,069.79 |
| | | | | | Total (Report on Summary of Schedules) | | | | 1,113,596.00 | 1,064,069.79 |

  0   continuation sheets attached

B6E (Official Form 6E) (4/10)

In re   **P&P Realty Inc.**                                                                Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>31</u>    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                                    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Al Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | - | | | | X | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Wages - Notice Only | | | | | |
| Aneta Slodyczka 12115 S. Flambeau Drive Palos Heights, IL 60463 | X | - | | | | X | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Wages - Notice Only | | | | | |
| Angela Adams 9150 W. 162nd Street Orland Hills, IL 60487 | X | - | | | | X | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Barbara Brink 14442 Golf Orland Park, IL 60462 | X | - | | | | X | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Barbara Freudinger 1320 Arbor Drive Lemont, IL 60439 | X | - | | | | X | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **P&P Realty Inc.**                                    Case No. _____
                                        ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Barbara Peloquin<br>715 Lake Court<br>New Lenox, IL 60451 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Bill Weber<br>16412 Lee<br>Orland Park, IL 60467 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>BLKK Enterprises<br>c/o Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 | 0.00 |

Sheet __2__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc.__ _____,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brandi Orlando<br>8548 Hollybrook Lane<br>Tinley Park, IL 60487 | X | - | Possible Commission - Notice Only | X | | . | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Bruce LaHa<br>13136 Rado Drive North<br>Homer Glen, IL 60491 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Business Solutions Development, Inc<br>14449 Pine Grove Drive<br>Homer Glen, IL 60491 | X | - | Possible Commission -Notice only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Cappas, Inc.<br>c/o Gina Cappas<br>17609 Capistrano Lane<br>Orland Park, IL 60467 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Carol Heine<br>7661 Wheeler<br>Orland Park, IL 60462 | X | - | Possible Commission - Notice Only | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __3__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    |    0.00 / 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **P&P Realty Inc.**                                                Case No. _____

_____,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Carol O'Neill 17721 Lilac Lane Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Catherine Fehrenbacher 8311 W. 164th Street Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Catherine Maier 8810 W. 121st Street Palos Park, IL 60464 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Christine Eul 10931 Deblin Lane Oak Lawn, IL 60453 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Christine Gentile 18025 Pelican Drive Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **4** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    | 0.00 |
0.00    0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                          Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Cindy Dalton 16955 S. 82nd Avenue Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Clifford Rago 13836 Lavergne Midlothian, IL 60445 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Cory Bergamo 12850 Cedar Lane Palos Heights, IL 60463 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| D.P.V. Inc. c/o Daniel Vainisi 11923 Queens Court Mokena, IL 60448 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Dana Wick 14928 Kilbourn Midlothian, IL 60445 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **5** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                   0.00          0.00
                                                       0.00          0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                                 Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Daniel Hurley 10535 Deigo Lane Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Daniel Vainisi 11923 Queens Court Mokena, IL 60448 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Darrell Johnson 8153 S. Maplewood Avenue Chicago, IL 60652 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Dave Manson 12105 W. Tamarack Lane Lockport, IL 60441 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Dave Shalabi 16041 Laurel Drive Orland Park, IL 60462 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  **6**  of  **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 0.00 |
| (Total of this page) | 0.00   0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| David Mires 17046 Prestwick Drive Tinley Park, IL 60477 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Wages - Notice Only | | | | | |
| David Schmeier 471 Aspen Drive New Lenox, IL 60451 | X | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| Diane Williams 8300 W. 162nd Place Tinley Park, IL 60477 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Commission - Notice Only | | | | | |
| Dixon Partners, Inc. c/o Tom Dixon 17164 Winding Creek Drive Orland Park, IL 60467 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| **Account No.** | | | | Possible Wages - Notice Only | | | | | |
| Erika Schmeler 472 Aspen Drive New Lenox, IL 60451 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __7__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| George Slowinski 14606 Park Place Homer Glen, IL 60491 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Gina Cappas 17609 Capistrano Lane Orland Park, IL 60467 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Grace Flanagan 8611 W. 141st Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Gregory Buczek 9308 Sunrise Lane Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| IAN Realty, Inc. c/o John Sackett 18223 Hidden Valley Cove Orland Park, IL 60467 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __8__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 | |
(Total of this page) | 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,     Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Irace Property Services, Inc. c/o Karen Irace 17202 Lakebrook Drive Orland Park, IL 60467 | X | - | | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Jack Gawron 11017 Arbor Ridge Drive Orland Park, IL 60467 | X | - | | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Jack Wolf 7439 Willowwood Court Apt. 2NE Orland Park, IL 60462 | X | - | | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| James Kennedy 11219 Cameron Parkway Orland Park, IL 60467 | X | - | | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| James LaHa 13136 Rado Drive North Homer Glen, IL 60491 | X | - | | X | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __9__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| James Nealis 4438 W. 117th Street Alsip, IL 60803 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| James Tammaro 7928 Palm Court Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Jamie Turner 19558 Old Coach Trail Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Jane Blankshain 13701 Trafalgar Court Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | Possible Commission - Notice Only | | | | | | |
| Janice Zeman-Coutts 50 Forest Unit #1S Riverside, IL 60546 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __10__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **P&P Realty Inc.**
_____,   Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Janis Bray 18025 Voss Drive Orland Park, IL 60467 | X | - | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jay Kennedy 15985 S. 78th Avenue Tinley Park, IL 60477 | X | - | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jay Mishur 11608 S. lavergne Alsip, IL 60803 | X | - | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jayne Schirmacher 14427 Country Club Lane Orland Park, IL 60462 | X | - | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| JB Homes, Inc. c/o Jane Blankshain 13701 Trafalgar Court Orland Park, IL 60462 | X | - | | X | | | | | 0.00 |
| | | | | | | | 0.00 | | 0.00 |

Sheet __11__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00        0.00        0.00

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,   Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jean Reedy 2430 W. Lexington Chicago, IL 60612 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jennifer Kudia 12722 S. Newport Drive Palos Park, IL 60464 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jennifer Ratliff 26402 Gorman Trail Monee, IL 60449 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jerreen Edmonds 14732 Homan Avenue Midlothian, IL 60445 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Jewel Thome 21440 S. 78th Avenue Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __12__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **P&P Realty Inc.**                                          Case No. _____

_____,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| JHS Properties, Inc. c/o John Schober 14217 S. Union Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Joan Kelly 15332 Maple Drive Oak Forest, IL 60452 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Joanne Yovkovich 8409 Hollybrook Lane Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| John Charleston 16832 Steeplechase Parkway Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| John Charleston, Inc. c/o John Charleston 16832 Steeplechase Parkway Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __13__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc.__ Case No. _____
_____,
Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| John Sackett 18223 Hidden Valley Cove Orland Park, IL 60467 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| John Schober 14217 S. Union Orland Park, IL 60467 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Jose Tovar 21766 Florin Court Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Judi Newman 12629 Royal George Court Mokena, IL 60448 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Judith Kijewski 6617 Charleston Oak Forest, IL 60452 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __14__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Julie Ipema 23800 Plum Valley Drive Crete, IL 60417 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| JW Homes Sold, P.C. c/o James Kennedy 11219 Cameron Parkway Orland Park, IL 60467 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Kaitlin Allen 8947 W. 147th Street Orland Park, IL 60462 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Karen Foster 807 S. Quincy St. Hinsdale, IL 60521 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Karen Irace 17202 Lakebrook Drive Orland Park, IL 60467 | X | - | | | X | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet **15** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                          Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kathy Toscas 12854 Sycamore Lane Palos Heights, IL 60463 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kelly Kennedy 9260 Pepperwood Drive Tinley Park, IL 60487 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kelly Ryan 8255 Pecan Place Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Kenneth Asbridge 751 Ironwood Drive Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Kevin Allen 3109 W. Belle Plaine Avenue Chicago, IL 60618 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | 0.00 | |
| Sheet _16_ of _31_ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 | 0.00 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Kevin Burke 622 Pine Street New Lenox, IL 60451 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Kevin Burke's Investments, Inc. c/o Kevin Burke 622 Pine Street New Lenox, IL 60451 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Kevin Kennedy 15985 S. 78th Avenue Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Larry Yakutis 12401 S. Nashville Palos Heights, IL 60463 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Laura Bugos 14449 Pine Grove Drive Homer Glen, IL 60491 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __17__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re　**P&P Realty Inc.**
_____,　　Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Possible Wages - Notice Only** | | | | | |
| Laura LaPorta 16249 Princeton Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Possible Commission - Notice Only** | | | | | |
| Linda Dore 18111 Edgar Place Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Possible Commission - Notice Only** | | | | | |
| Linda Griffin 10759 Oakton Court Frankfort, IL 60423 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Possible Wages - Notice Only** | | | | | |
| Linda Johnson 22413 Woodland Lane Frankfort, IL 60423 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | **Possible Commission - Notice Only** | | | | | |
| Louise O'Connor 19470 S. Yorkshire Drive Mokena, IL 60448 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __18__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc.__ _____,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Madonna Egan 15321 Primrose Lane Orland Park, IL 60462 | X | - | | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Margaret Alexa 22116 Princeton Circle Frankfort, IL 60423 | X | - | | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Maria Li Mandri-Vaagen 14352 Birchwood Court Homer Glen, IL 60491 | X | - | | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Mary Ellen Pickering 8065 Apache Trail Tinley Park, IL 60477 | X | - | | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | Possible Commission - Notice Only | | | | | |
| Mary Mulka 19542 Kevin Lane Mokena, IL 60448 | X | - | | | X | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __19__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                                       0.00      0.00

0.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **P&P Realty Inc.** _____,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Mary Poska 704 1st Street Lockport, IL 60441 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Mary Zawaski 12320 S. Ridgeland Palos Heights, IL 60463 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Wages - Notice Only | | | | | |
| Maureen Kristin 5906 Liberty Square Oak Forest, IL 60452 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Wages - Notice Only | | | | | |
| Maureen Mott 7626 W. 107th Street Palos Hills, IL 60465 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Wages - Notice Only | | | | | |
| Mauricia Lopez 8756 W. Dartmouth Road Orland Park, IL 60462 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet  **20**  of  **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.** _____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Michael Dolce 17967 Semmler Court Tinley Park, IL 60487 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Michael Mondello 12910 Silver Fox Drive Lemont, IL 60439 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Mike Clendenning 659 Juli Drive New Lenox, IL 60451 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Mondello Real Estate Group, Inc. c/o Michael Mondello 12910 Silver Fox Drive Lemont, IL 60439 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Muriel Carter 2605 S. Indiana Imot 1002 Chicago, IL 60616 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **21** of **31** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00
| 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                          Case No. _____
_____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Nicholas Guiffre 207 Whispering Lake Drive Palos Park, IL 60464 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Norah Hudon 12401 S. Nashville Avenue Palos Heights, IL 60463 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Patricia Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Patricia Wyrick 21961 Princeton Circle Frankfort, IL 60423 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | Possible Commission - Notice Only | | | | | |
| Patrick Zomparelli PO Box 672 Orland Park, IL 60462 | X | - | | | | X | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |

Sheet __22__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    0.00            0.00

0.00

0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.**                          Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Paul Newman 12629 Royal George Court Mokena, IL 60448 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Peter Maniatis 9116 S. Keeler Oak Lawn, IL 60453 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Raymond Kennedy 7764 W. Almond Court Frankfort, IL 60423 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Rebecca Howard Real Estate, Inc. c/o Becky Howard 18143 Waterway Court Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Richard Wyrick 9415 Hitchcock Blvd. Tinley Park, IL 60477 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **23** of **31** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     0.00     0.00     0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                          Case No. _____
                                                         ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Robert Arnold 12333 S. 71st Court Palos Heights, IL 60463 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Robert Groark 8017 Meadowbrook Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Robert Haustein 22434 Autumn Drive Frankfort, IL 60423 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Robert Moss 2690 Southwind Drive New Lenox, IL 60451 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ronald Bol 8317 Bob-O-Link Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __24__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**                                                        Case No. _____
_____,
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ronda Wallace 7972 Marquette Drive. N. Tinley Park, IL 60477 | X | - | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ruben Vallejo 16213 Bormet Drive Tinley Park, IL 60477 | X | - | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Ruth Hanna 14301 Spring Creek Lockport, IL 60441 | X | - | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| S&L Realty Group, Inc. c/o Sheila Yakutis 12301 S. Nashville Palos Heights, IL 60463 | X | - | | X | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| S&R Realty, Co. c/o Sharon Krywanio 12640 Royal George Court Mokena, IL 60448 | X | - | | X | | | 0.00 | 0.00 | 0.00 |

Sheet **25** of **31**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                   0.00          0.00          0.00

B6E (Official Form 6E) (4/10) - Cont.

In re  **P&P Realty Inc.**                                                                            Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Sarah Kudia 12721 S. Newport Drive Palos Park, IL 60464 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Schmeier Real Estate, Inc. c/o David Schmeier 471 Aspen Drive New Lenox, IL 60451 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Scott Shepard 4845 W. 137th Street Midlothian, IL 60445 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Shannon Daily 19 Old Creed Road North Palos Park, IL 60464 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Shannon E. Daily, Chartered c/o Shannon Daily 19 Old Creed Road North Palos Park, IL 60464 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __26__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 | |
|---|---|---|
| | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sharon Krywanio 12640 Royal George Court Mokena, IL 60448 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sharon Rago 13836 Lavergne Midlothian, IL 60445 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sheila Yakutis 12301 S. Nashville Palos Heights, IL 60463 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Sherry Justice 14602 135th Avenue Lockport, IL 60441 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Silver Key Management, Inc. c/o Dave Shalabi 16041 Laurel Drive Orland Park, IL 60462 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet _27_ of _31_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **P&P Realty Inc.** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Sophie Williams 5337 S. Merrimac Chicago, IL 60638 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Spero Speropoulos 22 Cour De La Reine Palos Hills, IL 60465 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Steve Harris 8918 Meadowlark Tinley Park, IL 60477 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Sue Bernovich 9050 Helen Lane Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Superstar Enterprises, Inc. c/o Norah Hudon 12401 S. Nashville Avenue Palos Heights, IL 60463 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __28__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     0.00     0.00     0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    **P&P Realty Inc.**                                                Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Susan Frederickson 12213 South 73rd Court Palos Heights, IL 60463 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Suzy Frederickson, Inc. c/o Susan Frederickson 12213 South 73rd Court Palos Heights, IL 60463 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Team Realty Group, Inc. c/o Scott Shepard 4845 W. 137th Street Midlothian, IL 60445 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| The G-Slow Real Estate Team, Inc. c/o George Slowinski 14606 Park Place Homer Glen, IL 60491 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Thomas Ruszkowski 6 Black Walnut Trail Palos Park, IL 60464 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Sheet **29** of **31** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | | Subtotal (Total of this page) | | 0.00 | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **P&P Realty Inc.**
_____,   Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Tim Witkowski 17174 Highwood Drive Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Timothy Norton 15638 Janas Drive Homer Glen, IL 60491 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| Tom Dixon 17164 Winding Creek Drive Orland Park, IL 60467 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | |
| Traci Kelley 8248 W. 95th Street Hickory Hills, IL 60457 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | |
| V.I.P, Inc. c/o Patricia Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | - | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __30__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re __P&P Realty Inc._____,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| V.I.P. II, Ltd. c/o Al Vallejo 13520 Marissa Court Homer Glen, IL 60491 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Vern Ohlson 155330 Edgewood Drive Orland Park, IL 60462 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Wages - Notice Only | | | | | | |
| Vicki Jo Tarantino 17809 Missouri Court Orland Park, IL 60467 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Warren DeVries 8438 Meadows Edge Trail Tinley Park, IL 60477 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | Possible Commission - Notice Only | | | | | | |
| Zelia Cato 13 PemBrook Court Flossmoor, IL 60422 | X | - | | X | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet __31__ of __31__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **P&P Realty Inc.**                                                                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Miscellaneous services | | | | |
| **ADT Security Services, Inc.** PO Box 371967 Pittsburgh, PA 15250 | | - | | | | | | 538.01 |
| Account No. | | | | Miscellaneous services | | | | |
| **Allied Waste Service** PO Box 9001154 Louisville, KY 40290 | | - | | | | | | 171.13 |
| Account No. | | | | Miscellaneous website services | | | | |
| **American Eagle** 1 S. Northwest Hwy., 5th Floor Park Ridge, IL 60068 | | - | | | | | | 20,000.00 |
| Account No. | | | | Miscellaneous phone services | | | | |
| **AT&T** c/o Accord Creditor Services, LLC Newnan, GA 30271 | | - | | | | | | 1,117.57 |
| | | | | | | Subtotal (Total of this page) | | 21,826.71 |

_7_  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **P&P Realty Inc.**                                              Case No. _____

_____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Miscellaneous phone services | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | - | | | | | | | 3,535.69 |
| Account No. | | | | Miscellaneous phone services | | | | |
| AT&T PO Box 5019 Carol Stream, IL 60197-5019 | - | | | | | | | 2,810.92 |
| Account No. | | | | Miscellaneous services | | | | |
| Benann Business Solutions Inc. PO Box 1254 Beecher, IL 60401 | - | | | | | | | 589.34 |
| Account No. | | | | Miscellaneous utilities | | | | |
| ComEd c/o Credit Collection Services Two Wells Avenue Newton Center, MA 02459 | - | | | | | | | 940.76 |
| Account No. | | | | Miscellaneous utilities | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | - | | | | X | | | 3,000.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 10,876.71 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **P&P Realty Inc.**

_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous corporate charges | | | | |
| CoStar Realty Information, Inc. 1331 L. Stfreet, NW Washington, DC 20005 | | - | | | | | 1,679.62 |
| Account No. | | | Unpaid rent | | | | |
| Coventry II DDR/Tucker Marley Creek Dept. 300629-20917-00030116 PO Box 228042 Beachwood, OH 44122 | | - | | | | | 1,500,000.00 |
| Account No. | | | Miscellaneous charges | | | | |
| Dominion Retail, Inc. PO Box 298 Pittsburgh, PA 15230-9455 | | - | | | | | 444.57 |
| Account No. | | | Miscellaneous purchases | | | | |
| EComputer Office Products 655 W. Grand Ave., Suite 170 Elmhurst, IL 60126 | | - | | | | | 1,128.58 |
| Account No. | | | Miscellaneous corporate charges | | | | |
| GE Capital PO Box 740423 Atlanta, GA 30374-0423 | | - | | | | | 13,500.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,516,752.77

B6F (Official Form 6F) (12/07) - Cont.

In re  **P&P Realty Inc.**                                          Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **George Skarpathiotis, M.D.** <br> **7110 W. 127th Street** <br> **Palos Heights, IL 60463** | X | - | Unpaid rent | | | | 120,000.00 |
| Account No. <br><br> **Haines & Company, Inc.** <br> **PO Box 2117** <br> **North Canton, OH 44720** | | - | Miscellaneous services | | | | 220.84 |
| Account No. <br><br> **Home Security of America Insur. Svc** <br> **310 N. Midvale Boulevard** <br> **Madison, WI 53705** | | - | Insurance | | | | 12,944.50 |
| Account No. <br><br> **Ikon Financial Services** <br> **PO Box 650016** <br> **Dallas, TX 75265** | | - | Notice Only | | | | 0.00 |
| Account No. <br><br> **Inksmart, Inc.** <br> **9979 W. 151st Sgtreet** <br> **Orland Park, IL 60462** | | - | Miscellaneous purchases | | | | 426.21 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          133,591.55

B6F (Official Form 6F) (12/07) - Cont.

In re **P&P Realty Inc.** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible legal fees - Notice Only | | | | |
| Kenneth J. Donkel Attorney at Law 7220 W. 194th St., Suite 105 Tinley Park, IL 60487 | X | - | | | | | | 0.00 |
| Account No. | | | | Recruting Services - Notice Only | | | | |
| Larry Powell 19707 Sequoia Avenue Lynwood, IL 60411 | X | - | | | X | | | 0.00 |
| Account No. | | | | Accounting software systems | | | | |
| Lone Wolf 231 Shearson Crescent Suite 310 | X | - | | | | | | 800.00 |
| Account No. | | | | Miscellaneous corporate charges | | | | |
| Main St. Organization of Realtors 6655 Main Street Downers Grove, IL 60516 | | - | | | | | | 1,100.00 |
| Account No. | | | | Miscellaneous services | | | | |
| Move Sales, Inc. PO Box 4455 Scottsdale, AZ 85261 | | - | | | | | | 76,000.00 |
| Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | 77,900.00 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **P&P Realty Inc.**                                              Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous utilities | | | | |
| Nicor Gas<br>PO Box 0632<br>Aurora, IL 60507-0632 | | - | | | | | 320.73 |
| Account No. | | | Cleaning services | | | | |
| Phil Orsi<br>16765 S. 94th Avenue<br>Tinley Park, IL 60477 | | - | | | | | 1,600.00 |
| Account No. | | | Franchise fees | | | | |
| RE/MAX International, Inc./LLC<br>PO Box 3907<br>Englewood, CO 80155 | X | - | | | | | 390.00 |
| Account No. | | | Unpaid Franchise Fees | | | | |
| RE/MAX Northrn Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 | X | - | | | | | 300,000.00 |
| Account No. | | | Unpaid renewal fee | | | | |
| RE/MAX Northrn Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 | | - | | | | | 12,500.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          314,810.73

B6F (Official Form 6F) (12/07) - Cont.

In re   **P&P Realty Inc.**                                                                    Case No. _____

_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid rent | | | | |
| Roger & Carol Hug 2121 Avondale Drive Michigan City, IN 46360 | X | - | | | | | 300,000.00 |
| Account No. | | | Corporate advances | | | | |
| Ron Reindl Commission Express PO Box 9059 Naperville, IL 60567 | X | - | | | | | 200,000.00 |
| Account No. | | | Miscellaneous charges | | | | |
| Safeway Self-Storage 15821 Arroyo Oak Forest, IL 60452 | | - | | | | | 420.00 |
| Account No. | | | Miscellaneous charges | | | | |
| Silver Lake Country Club PO Box 497 Orland Park, IL 60462 | | - | | | | | 937.37 |
| Account No. | | | Personal guarantee on loan (Same as First Midwest) - Notice Only | | | | |
| Small Business Administration Attn: Bankruptcy Department PO Box 740192 Atlanta, GA 30374 | X | - | | | | | 0.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 501,357.37

B6F (Official Form 6F) (12/07) - Cont.

In re __P&P Realty Inc._____     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous software subscription | | | | |
| The Sidwell Company 675 Sidwell Court Saint Charles, IL 60174-3492 | X | - | | | | | 629.40 |
| Account No. | | | Miscellaneous utilities - Notice Only | | | | |
| Village of Orland Park PO Box 88060 Chicago, IL 60680-1060 | | - | | | | | 0.00 |
| Account No. | | | Miscellaneous services | | | | |
| Visual Listing Systems, Inc. PO Box 856 Stony Brook, NY 11790 | | - | | | | | 424.00 |
| Account No. | | | Notice Only | | | | |
| XO Communications 14239 Collection Center Drive Chicago, IL 60693 | | - | | | | | 0.00 |
| Account No. | | | | | | | |

Sheet no. _7_ of _7_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 1,053.40 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,578,169.24 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **P&P Realty Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Coventry II DDR/Tucker Marley Creek**<br>**Dept. 300629-20917-00030116**<br>**PO Box 228042**<br>**Beachwood, OH 44122** | **Office lease** |
| **GE Capital**<br>**PO Box 740423**<br>**Atlanta, GA 30374** | **Copier Lease** |
| **George Skarpathiotis, M.D.**<br>**7110 W. 127th Street**<br>**Palos Heights, IL 60463** | **Office lease** |
| **RE/MAX International, Inc.**<br>**PO Box 3907**<br>**Englewood, CO 80155** | **Franchise agreement** |
| **Roger & Carol Hug**<br>**2121 Avondale Drive**<br>**Michigan City, IN 46360** | **Office lease** |
| **US Bank**<br>**Office Equipment Financial Services**<br>**1310 Madrid Street, Suite 101**<br>**Marshall, MN 56258** | **Equipment Lease** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **P&P Realty Inc.**                                                                Case No. _____
_____,
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | RE/MAX Northrn Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 |
| Patrick Allen | RE/MAX International, Inc./LLC<br>PO Box 3907<br>Englewood, CO 80155 |
| Patrick Allen | Kenneth J. Donkel<br>Attorney at Law<br>7220 W. 194th St., Suite 105<br>Tinley Park, IL 60487 |
| Patrick Allen | George Skarpathiotis, M.D.<br>7110 W. 127th Street<br>Palos Heights, IL 60463 |
| Patrick Allen | Roger & Carol Hug<br>2121 Avondale Drive<br>Michigan City, IN 46360 |
| Patrick Allen | Ron Reindl<br>Commission Express<br>PO Box 9059<br>Naperville, IL 60567 |
| Patrick Allen | Larry Powell<br>19707 Sequoia Avenue<br>Lynwood, IL 60411 |
| Patrick Allen | Lone Wolf<br>231 Shearson Crescent<br>Suite 310 |
| Patrick Allen | The Sidwell Company<br>675 Sidwell Court<br>Saint Charles, IL 60174-3492 |
| Patrick Allen | Small Business Administration<br>Attn: Bankruptcy Department<br>PO Box 740192<br>Atlanta, GA 30374 |
| Patrick Allen | Al Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |

**13**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **P&P Realty Inc.**

Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Barbara Brink<br>14442 Golf<br>Orland Park, IL 60462 |
| Patrick Allen | Barbara Freudinger<br>1320 Arbor Drive<br>Lemont, IL 60439 |
| Patrick Allen | Barbara Peloquin<br>715 Lake Court<br>New Lenox, IL 60451 |
| Patrick Allen | Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 |
| Patrick Allen | Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 |
| Patrick Allen | Bill Weber<br>16412 Lee<br>Orland Park, IL 60467 |
| Patrick Allen | BLKK Enterprises<br>c/o Bev Labuda<br>16762 Plainfield<br>Plainfield, IL 60544 |
| Patrick Allen | Brandi Orlando<br>8548 Hollybrook Lane<br>Tinley Park, IL 60487 |
| Patrick Allen | Bruce LaHa<br>13136 Rado Drive North<br>Homer Glen, IL 60491 |
| Patrick Allen | Business Solutions Development, Inc<br>14449 Pine Grove Drive<br>Homer Glen, IL 60491 |
| Patrick Allen | Cappas, Inc.<br>c/o Gina Cappas<br>17609 Capistrano Lane<br>Orland Park, IL 60467 |
| Patrick Allen | Carol Heine<br>7661 Wheeler<br>Orland Park, IL 60462 |
| Patrick Allen | Carol O'Neill<br>17721 Lilac Lane<br>Tinley Park, IL 60477 |

Sheet __1__ of __13__ continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

In re    **P&P Realty Inc.**
                                                    Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Catherine Fehrenbacher<br>8311 W. 164th Street<br>Tinley Park, IL 60477 |
| Patrick Allen | Catherine Maier<br>8810 W. 121st Street<br>Palos Park, IL 60464 |
| Patrick Allen | Christine Eul<br>10931 Deblin Lane<br>Oak Lawn, IL 60453 |
| Patrick Allen | Christine Gentile<br>18025 Pelican Drive<br>Tinley Park, IL 60477 |
| Patrick Allen | Cindy Dalton<br>16955 S. 82nd Avenue<br>Tinley Park, IL 60477 |
| Patrick Allen | Clifford Rago<br>13836 Lavergne<br>Midlothian, IL 60445 |
| Patrick Allen | Cory Bergamo<br>12850 Cedar Lane<br>Palos Heights, IL 60463 |
| Patrick Allen | D.P.V. Inc.<br>c/o Daniel Vainisi<br>11923 Queens Court<br>Mokena, IL 60448 |
| Patrick Allen | Dana Wick<br>14928 Kilbourn<br>Midlothian, IL 60445 |
| Patrick Allen | Daniel Hurley<br>10535 Deigo Lane<br>Orland Park, IL 60467 |
| Patrick Allen | Daniel Vainisi<br>11923 Queens Court<br>Mokena, IL 60448 |
| Patrick Allen | Darrell Johnson<br>8153 S. Maplewood Avenue<br>Chicago, IL 60652 |
| Patrick Allen | Dave Manson<br>12105 W. Tamarack Lane<br>Lockport, IL 60441 |

Sheet __2__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **P&P Realty Inc.**                                Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Dave Shalabi<br>16041 Laurel Drive<br>Orland Park, IL 60462 |
| Patrick Allen | David Mires<br>17046 Prestwick Drive<br>Tinley Park, IL 60477 |
| Patrick Allen | David Schmeier<br>471 Aspen Drive<br>New Lenox, IL 60451 |
| Patrick Allen | Diane Williams<br>8300 W. 162nd Place<br>Tinley Park, IL 60477 |
| Patrick Allen | Dixon Partners, Inc.<br>c/o Tom Dixon<br>17164 Winding Creek Drive<br>Orland Park, IL 60467 |
| Patrick Allen | George Slowinski<br>14606 Park Place<br>Homer Glen, IL 60491 |
| Patrick Allen | Gina Cappas<br>17609 Capistrano Lane<br>Orland Park, IL 60467 |
| Patrick Allen | Grace Flanagan<br>8611 W. 141st<br>Orland Park, IL 60462 |
| Patrick Allen | Gregory Buczek<br>9308 Sunrise Lane<br>Orland Park, IL 60462 |
| Patrick Allen | IAN Realty, Inc.<br>c/o John Sackett<br>18223 Hidden Valley Cove<br>Orland Park, IL 60467 |
| Patrick Allen | Irace Property Services, Inc.<br>c/o Karen Irace<br>17202 Lakebrook Drive<br>Orland Park, IL 60467 |
| Patrick Allen | Jack Gawron<br>11017 Arbor Ridge Drive<br>Orland Park, IL 60467 |

Sheet   **3**   of   **13**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re  **P&P Realty Inc.**                                          Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Jack Wolf<br>7439 Willowwood Court<br>Apt. 2NE<br>Orland Park, IL 60462 |
| Patrick Allen | James Kennedy<br>11219 Cameron Parkway<br>Orland Park, IL 60467 |
| Patrick Allen | James LaHa<br>13136 Rado Drive North<br>Homer Glen, IL 60491 |
| Patrick Allen | James Nealis<br>4438 W. 117th Street<br>Alsip, IL 60803 |
| Patrick Allen | James Tammaro<br>7928 Palm Court<br>Orland Park, IL 60462 |
| Patrick Allen | Jamie Turner<br>19558 Old Coach Trail<br>Frankfort, IL 60423 |
| Patrick Allen | Jane Blankshain<br>13701 Trafalgar Court<br>Orland Park, IL 60462 |
| Patrick Allen | Janice Zeman-Coutts<br>50 Forest<br>Unit #1S<br>Riverside, IL 60546 |
| Patrick Allen | Janis Bray<br>18025 Voss Drive<br>Orland Park, IL 60467 |
| Patrick Allen | Jay Kennedy<br>15985 S. 78th Avenue<br>Tinley Park, IL 60477 |
| Patrick Allen | Jay Mishur<br>11608 S. lavergne<br>Alsip, IL 60803 |
| Patrick Allen | Jayne Schirmacher<br>14427 Country Club Lane<br>Orland Park, IL 60462 |

Sheet __4__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **P&P Realty Inc.**                                                              Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | JB Homes, Inc.<br>c/o Jane Blankshain<br>13701 Trafalgar Court<br>Orland Park, IL 60462 |
| Patrick Allen | Jean Reedy<br>2430 W. Lexington<br>Chicago, IL 60612 |
| Patrick Allen | Jennifer Ratliff<br>26402 Gorman Trail<br>Monee, IL 60449 |
| Patrick Allen | JHS Properties, Inc.<br>c/o John Schober<br>14217 S. Union<br>Orland Park, IL 60467 |
| Patrick Allen | Joan Kelly<br>15332 Maple Drive<br>Oak Forest, IL 60452 |
| Patrick Allen | John Charleston<br>16832 Steeplechase Parkway<br>Orland Park, IL 60467 |
| Patrick Allen | John Charleston, Inc.<br>c/o John Charleston<br>16832 Steeplechase Parkway<br>Orland Park, IL 60467 |
| Patrick Allen | John Sackett<br>18223 Hidden Valley Cove<br>Orland Park, IL 60467 |
| Patrick Allen | John Schober<br>14217 S. Union<br>Orland Park, IL 60467 |
| Patrick Allen | Jose Tovar<br>21766 Florin Court<br>Frankfort, IL 60423 |
| Patrick Allen | Judi Newman<br>12629 Royal George Court<br>Mokena, IL 60448 |
| Patrick Allen | Judith Kijewski<br>6617 Charleston<br>Oak Forest, IL 60452 |

Sheet __5__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **P&P Realty Inc.**
_____,    Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Julie Ipema<br>23800 Plum Valley Drive<br>Crete, IL 60417 |
| Patrick Allen | JW Homes Sold, P.C.<br>c/o James Kennedy<br>11219 Cameron Parkway<br>Orland Park, IL 60467 |
| Patrick Allen | Karen Foster<br>807 S. Quincy St.<br>Hinsdale, IL 60521 |
| Patrick Allen | Karen Irace<br>17202 Lakebrook Drive<br>Orland Park, IL 60467 |
| Patrick Allen | Kathy Toscas<br>12854 Sycamore Lane<br>Palos Heights, IL 60463 |
| Patrick Allen | Kelly Kennedy<br>9260 Pepperwood Drive<br>Tinley Park, IL 60487 |
| Patrick Allen | Kelly Ryan<br>8255 Pecan Place<br>Frankfort, IL 60423 |
| Patrick Allen | Kenneth Asbridge<br>751 Ironwood Drive<br>Frankfort, IL 60423 |
| Patrick Allen | Kevin Burke<br>622 Pine Street<br>New Lenox, IL 60451 |
| Patrick Allen | Kevin Burke's Investments, Inc.<br>c/o Kevin Burke<br>622 Pine Street<br>New Lenox, IL 60451 |
| Patrick Allen | Kevin Kennedy<br>15985 S. 78th Avenue<br>Tinley Park, IL 60477 |
| Patrick Allen | Larry Yakutis<br>12401 S. Nashville<br>Palos Heights, IL 60463 |
| Patrick Allen | Laura Bugos<br>14449 Pine Grove Drive<br>Homer Glen, IL 60491 |

Sheet  **6**  of  **13**  continuation sheets attached to the Schedule of Codebtors

In re   **P&P Realty Inc.**                                                    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Linda Dore<br>18111 Edgar Place<br>Tinley Park, IL 60477 |
| Patrick Allen | Linda Griffin<br>10759 Oakton Court<br>Frankfort, IL 60423 |
| Patrick Allen | Louise O'Connor<br>19470 S. Yorkshire Drive<br>Mokena, IL 60448 |
| Patrick Allen | Madonna Egan<br>15321 Primrose Lane<br>Orland Park, IL 60462 |
| Patrick Allen | Margaret Alexa<br>22116 Princeton Circle<br>Frankfort, IL 60423 |
| Patrick Allen | Maria Li Mandri-Vaagen<br>14352 Birchwood Court<br>Homer Glen, IL 60491 |
| Patrick Allen | Mary Ellen Pickering<br>8065 Apache Trail<br>Tinley Park, IL 60477 |
| Patrick Allen | Mary Poska<br>704 1st Street<br>Lockport, IL 60441 |
| Patrick Allen | Mary Zawaski<br>12320 S. Ridgeland<br>Palos Heights, IL 60463 |
| Patrick Allen | Michael Dolce<br>17967 Semmler Court<br>Tinley Park, IL 60487 |
| Patrick Allen | Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 |
| Patrick Allen | Mike Clendenning<br>659 Juli Drive<br>New Lenox, IL 60451 |
| Patrick Allen | Mondello Real Estate Group, Inc.<br>c/o Michael Mondello<br>12910 Silver Fox Drive<br>Lemont, IL 60439 |

Sheet __7__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **P&P Realty Inc.** _____,    Case No. _____

                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Muriel Carter<br>2605 S. Indiana<br>lmot 1002<br>Chicago, IL 60616 |
| Patrick Allen | Nicholas Guiffre<br>207 Whispering Lake Drive<br>Palos Park, IL 60464 |
| Patrick Allen | Norah Hudon<br>12401 S. Nashville Avenue<br>Palos Heights, IL 60463 |
| Patrick Allen | Patricia Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |
| Patrick Allen | Patricia Wyrick<br>21961 Princeton Circle<br>Frankfort, IL 60423 |
| Patrick Allen | Patrick Zomparelli<br>PO Box 672<br>Orland Park, IL 60462 |
| Patrick Allen | Paul Newman<br>12629 Royal George Court<br>Mokena, IL 60448 |
| Patrick Allen | Peter Maniatis<br>9116 S. Keeler<br>Oak Lawn, IL 60453 |
| Patrick Allen | Raymond Kennedy<br>7764 W. Almond Court<br>Frankfort, IL 60423 |
| Patrick Allen | Rebecca Howard Real Estate, Inc.<br>c/o Becky Howard<br>18143 Waterway Court<br>Orland Park, IL 60467 |
| Patrick Allen | Richard Wyrick<br>9415 Hitchcock Blvd.<br>Tinley Park, IL 60477 |
| Patrick Allen | Robert Arnold<br>12333 S. 71st Court<br>Palos Heights, IL 60463 |
| Patrick Allen | Robert Groark<br>8017 Meadowbrook<br>Orland Park, IL 60462 |

Sheet __8__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **P&P Realty Inc.**                                                  Case No. _____
                                                    ,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Patrick Allen | Robert Haustein<br>22434 Autumn Drive<br>Frankfort, IL 60423 |
| Patrick Allen | Robert Moss<br>2690 Southwind Drive<br>New Lenox, IL 60451 |
| Patrick Allen | Ronald Bol<br>8317 Bob-O-Link<br>Orland Park, IL 60462 |
| Patrick Allen | Ronda Wallace<br>7972 Marquette Drive. N.<br>Tinley Park, IL 60477 |
| Patrick Allen | Ruben Vallejo<br>16213 Bormet Drive<br>Tinley Park, IL 60477 |
| Patrick Allen | Ruth Hanna<br>14301 Spring Creek<br>Lockport, IL 60441 |
| Patrick Allen | S&L Realty Group, Inc.<br>c/o Sheila Yakutis<br>12301 S. Nashville<br>Palos Heights, IL 60463 |
| Patrick Allen | S&R Realty, Co.<br>c/o Sharon Krywanio<br>12640 Royal George Court<br>Mokena, IL 60448 |
| Patrick Allen | Schmeier Real Estate, Inc.<br>c/o David Schmeier<br>471 Aspen Drive<br>New Lenox, IL 60451 |
| Patrick Allen | Scott Shepard<br>4845 W. 137th Street<br>Midlothian, IL 60445 |
| Patrick Allen | Shannon Daily<br>19 Old Creed Road North<br>Palos Park, IL 60464 |
| Patrick Allen | Shannon E. Daily, Chartered<br>c/o Shannon Daily<br>19 Old Creed Road North<br>Palos Park, IL 60464 |

Sheet __9__ of __13__ continuation sheets attached to the Schedule of Codebtors

In re    **P&P Realty Inc.**
_____
Debtor

Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Sharon Krywanio<br>12640 Royal George Court<br>Mokena, IL 60448 |
| Patrick Allen | Sharon Rago<br>13836 Lavergne<br>Midlothian, IL 60445 |
| Patrick Allen | Sheila Yakutis<br>12301 S. Nashville<br>Palos Heights, IL 60463 |
| Patrick Allen | Sherry Justice<br>14602 135th Avenue<br>Lockport, IL 60441 |
| Patrick Allen | Silver Key Management, Inc.<br>c/o Dave Shalabi<br>16041 Laurel Drive<br>Orland Park, IL 60462 |
| Patrick Allen | Sophie Williams<br>5337 S. Merrimac<br>Chicago, IL 60638 |
| Patrick Allen | Spero Speropoulos<br>22 Cour De La Reine<br>Palos Hills, IL 60465 |
| Patrick Allen | Steve Harris<br>8918 Meadowlark<br>Tinley Park, IL 60477 |
| Patrick Allen | Sue Bernovich<br>9050 Helen Lane<br>Orland Park, IL 60462 |
| Patrick Allen | Superstar Enterprises, Inc.<br>c/o Norah Hudon<br>12401 S. Nashville Avenue<br>Palos Heights, IL 60463 |
| Patrick Allen | Susan Frederickson<br>12213 South 73rd Court<br>Palos Heights, IL 60463 |
| Patrick Allen | Suzy Frederickson, Inc.<br>c/o Susan Frederickson<br>12213 South 73rd Court<br>Palos Heights, IL 60463 |

Sheet __10__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **P&P Realty Inc.** _____ ,  Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Team Realty Group, Inc.<br>c/o Scott Shepard<br>4845 W. 137th Street<br>Midlothian, IL 60445 |
| Patrick Allen | The G-Slow Real Estate Team, Inc.<br>c/o George Slowinski<br>14606 Park Place<br>Homer Glen, IL 60491 |
| Patrick Allen | Thomas Ruszkowski<br>6 Black Walnut Trail<br>Palos Park, IL 60464 |
| Patrick Allen | Tim Witkowski<br>17174 Highwood Drive<br>Orland Park, IL 60467 |
| Patrick Allen | Timothy Norton<br>15638 Janas Drive<br>Homer Glen, IL 60491 |
| Patrick Allen | Tom Dixon<br>17164 Winding Creek Drive<br>Orland Park, IL 60467 |
| Patrick Allen | V.I.P, Inc.<br>c/o Patricia Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |
| Patrick Allen | V.I.P. II, Ltd.<br>c/o Al Vallejo<br>13520 Marissa Court<br>Homer Glen, IL 60491 |
| Patrick Allen | Vern Ohlson<br>155330 Edgewood Drive<br>Orland Park, IL 60462 |
| Patrick Allen | Warren DeVries<br>8438 Meadows Edge Trail<br>Tinley Park, IL 60477 |
| Patrick Allen | Zelia Cato<br>13 PemBrook Court<br>Flossmoor, IL 60422 |
| Patrick Allen | Angela Adams<br>9150 W. 162nd Street<br>Orland Hills, IL 60487 |

Sheet __11__ of __13__ continuation sheets attached to the Schedule of Codebtors

Best Case Bankruptcy

In re    **P&P Realty Inc.**                                                    Case No. _____
                                                              ,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Patrick Allen | Kevin Allen<br>3109 W. Belle Plaine Avenue<br>Chicago, IL 60618 |
| Patrick Allen | Kaitlin Allen<br>8947 W. 147th Street<br>Orland Park, IL 60462 |
| Patrick Allen | Jerreen Edmonds<br>14732 Homan Avenue<br>Midlothian, IL 60445 |
| Patrick Allen | Linda Johnson<br>22413 Woodland Lane<br>Frankfort, IL 60423 |
| Patrick Allen | Traci Kelley<br>8248 W. 95th Street<br>Hickory Hills, IL 60457 |
| Patrick Allen | Maureen Kristin<br>5906 Liberty Square<br>Oak Forest, IL 60452 |
| Patrick Allen | Sarah Kudia<br>12721 S. Newport Drive<br>Palos Park, IL 60464 |
| Patrick Allen | Jennifer Kudia<br>12722 S. Newport Drive<br>Palos Park, IL 60464 |
| Patrick Allen | Laura LaPorta<br>16249 Princeton<br>Tinley Park, IL 60477 |
| Patrick Allen | Mauricia Lopez<br>8756 W. Dartmouth Road<br>Orland Park, IL 60462 |
| Patrick Allen | Maureen Mott<br>7626 W. 107th Street<br>Palos Hills, IL 60465 |
| Patrick Allen | Mary Mulka<br>19542 Kevin Lane<br>Mokena, IL 60448 |
| Patrick Allen | Erika Schmeier<br>472 Aspen Drive<br>New Lenox, IL 60451 |

Sheet __12__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **P&P Realty Inc.**                                                    Case No. _____

                                            _____
                                                      Debtor

# SCHEDULE H – CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Patrick Allen** | **Aneta Slodyczka**<br>**12115 S. Flambeau Drive**<br>**Palos Heights, IL 60463** |
| **Patrick Allen** | **Vicki Jo Tarantino**<br>**17809 Missouri Court**<br>**Orland Park, IL 60467** |
| **Patrick Allen** | **Jewel Thome**<br>**21440 S. 78th Avenue**<br>**Frankfort, IL 60423** |
| **Patrick Allen** | **Joanne Yovkovich**<br>**8409 Hollybrook Lane**<br>**Tinley Park, IL 60477** |
| **Patrick Allen** | **U.S. Bank Corp.**<br>**Business Equipment Finance Group**<br>**1310 Madrid Street, #101**<br>**Marshall, MN 56258** |

Sheet __13__ of __13__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  __P&P Realty Inc._____    Case No. _____

_____

Debtor(s)    Chapter    __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __63__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____4/27/11_____    Signature _____

**Patick J. Allen**
**President**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **P&P Realty Inc.**   Case No. _____

Debtor(s)   Chapter   7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,617,189.00 | 2009 |
| $1,330,000.00 | 2010 |
| $248,717.43 | 2011 year-to-date |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Home Security of America Insur. Svc<br>310 N. Midvale Boulevard<br>Madison, WI 53705 | | $6,000.00 | $12,944.50 |
| Coventry II DDR/Tucker Marley Creek<br>Dept. 300629-20917-00030116<br>PO Box 228042<br>Beachwood, OH 44122 | | $14,000.00 | $0.00 |
| First Midwest Bank<br>17500 S. Oak Park Avenue<br>Tinley Park, IL 60477 | | $12,600.00 | $1,340,000.00 |
| Move Sales, Inc.<br>PO Box 4455<br>Scottsdale, AZ 85261 | | $10,800.00 | $10,774.58 |
| RE/MAX Northrn Illinois, Inc.<br>2205 Point Blvd., Suite 100<br>Elgin, IL 60123 | | $30,000.00 | $0.00 |

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Patrick Allen | | $0.00 | $0.00 |
| Principal | | | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **P&P Realty, Inc. v. Donald D. Boone** | | **Sixth Municipal District - Cook County** | **Judgment $7,400.28** |
| **P&P Realty, Inc. v. James Damiani** | | **Sixth Municipal District - Cook Counrty** | |
| **P&P Realty v. Donna M. Paskvan** | | **Sixth Municipal District - Cook County** | **Pending** |
| **P&P Realty v. Donald Seger** | | **Sixth Municipal District - Cook County, Illinois** | **Judgment** |
| **P&P Realty, Inc. v. Andrew Soltis** | | **Sixth Municipal District - Cook County, Illinois** | **Judgment** |
| **P&P Realty, Inc. v. Janet Wernes** | | **Sixth Municipal District - Cook County, Illinois** | **Judgment** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

---

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ottenheimer Rosenbloom**<br>**750 Lake Cook Road, #140**<br>**Buffalo Grove, IL 60089** | ` | **$3,500.00 (no adversary proceedings)** |

---

### 10. Other transfers

**None**
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Midwest Bank** | **General Account  (Palos Office)** | |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Various Agents** | **Miscellaneous desks and computers** | |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Best Case Bankruptcy

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mulcahy, Pauritsch, Salvador & Co., Ltd**<br>**14300 S. Ravinia Ave, Ste 200**<br>**Orland Park, IL 60462-2578** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mulcahy, Pauritsch, Salvador & Co., Ltd** | **14300 S. Ravinia Ave., Ste 200**<br>**Orland Park, IL 60462-2578** |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank**<br>**17500 S. Oak Park Ave.**<br>**Tinley Park, IL 60477** | |

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Patrick Allen** | **President, Director, Shareholder** | **50%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Pamela Allen** | **Director, Shareholder** | **50%** |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Patrick Allen** | | **$70,000.00** |
| **President** | | |

---

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature _____

                                                                                **Patick J. Allen**
                                                                                **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **P&P Realty Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   4/27/11

Lester A. Ottenheimer III 3127572
Ottenheimer Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, IL 60089
847-520-9400  Fax: 847-520-9411
Lottenheimer@otrlaw.com and Jrose@otrlaw.com

## RETENTION AGREEMENT

*BEFORE THE CASE IS FILED:*

The Debtor Agrees To:

1.      Discuss with attorney the Debtor's objectives in filing the case.

2.      Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income

The Attorney Agrees To:

1.      Personally counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures (as well as non-bankruptcy options) with the debtor and answer the debtor's questions.

2.      Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees, if any, are determined and paid.

3.      Personally review with the debtor and sign the completed petition, plan, statements, and scheduled, as well as all amendments thereto, whether filed with the petition or the later.

4.      Timely prepare and file the debtor's petition, statements, and schedules.

5.      Explain to the debtor how, when, and where to make all necessary payments, with particular attention to housing and vehicle payments.

6.      Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED:*

The Debtor Agrees To:

1.      Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.)

2.      Notify the attorney of any change in the debtor's address or telephone number.

3.      Inform the attorney immediately of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

1

4.      Contact the attorney immediately if the debtor loses employment, has a significant change in income or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings or an inheritance).

5.      Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

6.      Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

7.      Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

8.      Supply the attorney with copies of all tax returns filed while the case is pending.

9.      Sign another Retention Agreement after the case is filed.

The Attorney Agrees To:

1.      Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting.

2.      Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3.      Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination).

4.      If the attorney will be employing another attorney to attend the 341 meeting or any other court hearing, personally explain to the debtor, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5.      Timely submit to the Chapter 7 trustee properly documented proof of income, pay advices and required tax returns for the debtor including business reports for self-employed debtors.

6.      Timely respond to objections to plan confirmation and, where necessary, prepare, file and serve an amended plan.

7.      Timely prepare, file and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8.      Be available to respond to the debtor's questions.

9.      Prepare, file and serve timely amendments, if necessary.

2

10.     Object to improper or invalid claims, if necessary.

11.     Timely respond to motions for relief from stay.

12.     Prepare, file, and serve all appropriate motions to avoid liens.

13.     Provide any other legal services necessary for the administration of the case.

Payment of Attorneys' Fees:

1.     For all the services outlined above, the attorney will be paid a fee of $3,500.00 plus filing fee.

Prior to signing this agreement, the attorney has received $3,500.00, leaving a balance due of $0.00.

2.     *Early termination of the case.* Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement. If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3.     *Improper conduct by the attorney.* If the Debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

4.     *Improper conduct by the debtor.* If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

5.     *Discharge of the attorney.* The debtor may discharge the attorney at any time.

Signed:

P&P Realty, Inc.
By: Patrick Allen

Lester A. Ottenheimer, III
Attorney for Debtor(s)

3

# United States Bankruptcy Court
## Northern District of Illinois

In re   **P&P Realty Inc.**
_____

Debtor(s)

Case No. _____

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **197**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: _____

**Patick J. Allen/President**
Signer/Title

ADT Security Services, Inc.
PO Box 371967
Pittsburgh, PA 15250


Al Vallejo
13520 Marissa Court
Homer Glen, IL 60491


Allied Waste Service
PO Box 9001154
Louisville, KY 40290


American Eagle
1 S. Northwest Hwy., 5th Floor
Park Ridge, IL 60068


Aneta Slodyczka
12115 S. Flambeau Drive
Palos Heights, IL 60463


Angela Adams
9150 W. 162nd Street
Orland Hills, IL 60487


AT&T
c/o Accord Creditor Services, LLC
Newnan, GA 30271


AT&T
PO Box 8100
Aurora, IL 60507-8100


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


Barbara Brink
14442 Golf
Orland Park, IL 60462


Barbara Freudinger
1320 Arbor Drive
Lemont, IL 60439

Barbara Peloquin
715 Lake Court
New Lenox, IL 60451


Becky Howard
18143 Waterway Court
Orland Park, IL 60467


Benann Business Solutions Inc.
PO Box 1254
Beecher, IL 60401


Bev Labuda
16762 Plainfield
Plainfield, IL 60544


Bill Weber
16412 Lee
Orland Park, IL 60467


BLKK Enterprises
c/o Bev Labuda
16762 Plainfield
Plainfield, IL 60544


Brandi Orlando
8548 Hollybrook Lane
Tinley Park, IL 60487


Bruce LaHa
13136 Rado Drive North
Homer Glen, IL 60491


Business Solutions Development, Inc
14449 Pine Grove Drive
Homer Glen, IL 60491


Cappas, Inc.
c/o Gina Cappas
17609 Capistrano Lane
Orland Park, IL 60467


Carol Heine
7661 Wheeler
Orland Park, IL 60462

Carol O'Neill
17721 Lilac Lane
Tinley Park, IL 60477


Catherine Fehrenbacher
8311 W. 164th Street
Tinley Park, IL 60477


Catherine Maier
8810 W. 121st Street
Palos Park, IL 60464


Christine Eul
10931 Deblin Lane
Oak Lawn, IL 60453


Christine Gentile
18025 Pelican Drive
Tinley Park, IL 60477


Cindy Dalton
16955 S. 82nd Avenue
Tinley Park, IL 60477


Clifford Rago
13836 Lavergne
Midlothian, IL 60445


ComEd
c/o Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Cory Bergamo
12850 Cedar Lane
Palos Heights, IL 60463


CoStar Realty Information, Inc.
1331 L. Stfreet, NW
Washington, DC 20005

Coventry II DDR/Tucker Marley Creek
Dept. 300629-20917-00030116
PO Box 228042
Beachwood, OH 44122

D.P.V. Inc.
c/o Daniel Vainisi
11923 Queens Court
Mokena, IL 60448

Dana Wick
14928 Kilbourn
Midlothian, IL 60445

Daniel Hurley
10535 Deigo Lane
Orland Park, IL 60467

Daniel Vainisi
11923 Queens Court
Mokena, IL 60448

Darrell Johnson
8153 S. Maplewood Avenue
Chicago, IL 60652

Dave Manson
12105 W. Tamarack Lane
Lockport, IL 60441

Dave Shalabi
16041 Laurel Drive
Orland Park, IL 60462

David Mires
17046 Prestwick Drive
Tinley Park, IL 60477

David Schmeier
471 Aspen Drive
New Lenox, IL 60451

Diane Williams
8300 W. 162nd Place
Tinley Park, IL 60477

Dixon Partners, Inc.
c/o Tom Dixon
17164 Winding Creek Drive
Orland Park, IL 60467


Dominion Retail, Inc.
PO Box 298
Pittsburgh, PA 15230-9455


EComputer Office Products
655 W. Grand Ave., Suite 170
Elmhurst, IL 60126


Erika Schmeier
472 Aspen Drive
New Lenox, IL 60451


First Midwest Bank
17500 S. Oak Park Avenue
Tinley Park, IL 60477


GE Capital
PO Box 740423
Atlanta, GA 30374-0423


GE Capital
PO Box 740423
Atlanta, GA 30374


George Skarpathiotis, M.D.
7110 W. 127th Street
Palos Heights, IL 60463


George Slowinski
14606 Park Place
Homer Glen, IL 60491


Gina Cappas
17609 Capistrano Lane
Orland Park, IL 60467


Grace Flanagan
8611 W. 141st
Orland Park, IL 60462

Gregory Buczek
9308 Sunrise Lane
Orland Park, IL 60462


Haines & Company, Inc.
PO Box 2117
North Canton, OH 44720


Home Security of America Insur. Svc
310 N. Midvale Boulevard
Madison, WI 53705


IAN Realty, Inc.
c/o John Sackett
18223 Hidden Valley Cove
Orland Park, IL 60467


Ikon Financial Services
PO Box 650016
Dallas, TX 75265


Inksmart, Inc.
9979 W. 151st Sgtreet
Orland Park, IL 60462


Irace Property Services, Inc.
c/o Karen Irace
17202 Lakebrook Drive
Orland Park, IL 60467


Jack Gawron
11017 Arbor Ridge Drive
Orland Park, IL 60467


Jack Wolf
7439 Willowwood Court
Apt. 2NE
Orland Park, IL 60462


James Kennedy
11219 Cameron Parkway
Orland Park, IL 60467

James LaHa
13136 Rado Drive North
Homer Glen, IL 60491


James Nealis
4438 W. 117th Street
Alsip, IL 60803


James Tammaro
7928 Palm Court
Orland Park, IL 60462


Jamie Turner
19558 Old Coach Trail
Frankfort, IL 60423


Jane Blankshain
13701 Trafalgar Court
Orland Park, IL 60462


Janice Zeman-Coutts
50 Forest
Unit #1S
Riverside, IL 60546


Janis Bray
18025 Voss Drive
Orland Park, IL 60467


Jay Kennedy
15985 S. 78th Avenue
Tinley Park, IL 60477


Jay Mishur
11608 S. lavergne
Alsip, IL 60803


Jayne Schirmacher
14427 Country Club Lane
Orland Park, IL 60462


JB Homes, Inc.
c/o Jane Blankshain
13701 Trafalgar Court
Orland Park, IL 60462

Jean Reedy
2430 W. Lexington
Chicago, IL 60612


Jennifer Kudia
12722 S. Newport Drive
Palos Park, IL 60464


Jennifer Ratliff
26402 Gorman Trail
Monee, IL 60449


Jerreen Edmonds
14732 Homan Avenue
Midlothian, IL 60445


Jewel Thome
21440 S. 78th Avenue
Frankfort, IL 60423


JHS Properties, Inc.
c/o John Schober
14217 S. Union
Orland Park, IL 60467


Joan Kelly
15332 Maple Drive
Oak Forest, IL 60452


Joanne Yovkovich
8409 Hollybrook Lane
Tinley Park, IL 60477


John Charleston
16832 Steeplechase Parkway
Orland Park, IL 60467


John Charleston, Inc.
c/o John Charleston
16832 Steeplechase Parkway
Orland Park, IL 60467


John Sackett
18223 Hidden Valley Cove
Orland Park, IL 60467

John Schober
14217 S. Union
Orland Park, IL 60467

Jose Tovar
21766 Florin Court
Frankfort, IL 60423

Judi Newman
12629 Royal George Court
Mokena, IL 60448

Judith Kijewski
6617 Charleston
Oak Forest, IL 60452

Julie Ipema
23800 Plum Valley Drive
Crete, IL 60417

JW Homes Sold, P.C.
c/o James Kennedy
11219 Cameron Parkway
Orland Park, IL 60467

Kaitlin Allen
8947 W. 147th Street
Orland Park, IL 60462

Karen Foster
807 S. Quincy St.
Hinsdale, IL 60521

Karen Irace
17202 Lakebrook Drive
Orland Park, IL 60467

Kathy Toscas
12854 Sycamore Lane
Palos Heights, IL 60463

Kelly Kennedy
9260 Pepperwood Drive
Tinley Park, IL 60487

Kelly Ryan
8255 Pecan Place
Frankfort, IL 60423


Kenneth Asbridge
751 Ironwood Drive
Frankfort, IL 60423


Kenneth J. Donkel
Attorney at Law
7220 W. 194th St., Suite 105
Tinley Park, IL 60487


Kevin Allen
3109 W. Belle Plaine Avenue
Chicago, IL 60618


Kevin Burke
622 Pine Street
New Lenox, IL 60451


Kevin Burke's Investments, Inc.
c/o Kevin Burke
622 Pine Street
New Lenox, IL 60451


Kevin Kennedy
15985 S. 78th Avenue
Tinley Park, IL 60477


Larry Powell
19707 Sequoia Avenue
Lynwood, IL 60411


Larry Yakutis
12401 S. Nashville
Palos Heights, IL 60463


Laura Bugos
14449 Pine Grove Drive
Homer Glen, IL 60491


Laura LaPorta
16249 Princeton
Tinley Park, IL 60477

Linda Dore
18111 Edgar Place
Tinley Park, IL 60477


Linda Griffin
10759 Oakton Court
Frankfort, IL 60423


Linda Johnson
22413 Woodland Lane
Frankfort, IL 60423


Lone Wolf
231 Shearson Crescent
Suite 310


Louise O'Connor
19470 S. Yorkshire Drive
Mokena, IL 60448


Madonna Egan
15321 Primrose Lane
Orland Park, IL 60462


Main St. Organization of Realtors
6655 Main Street
Downers Grove, IL 60516


Margaret Alexa
22116 Princeton Circle
Frankfort, IL 60423


Maria Li Mandri-Vaagen
14352 Birchwood Court
Homer Glen, IL 60491


Mary Ellen Pickering
8065 Apache Trail
Tinley Park, IL 60477


Mary Mulka
19542 Kevin Lane
Mokena, IL 60448

Mary Poska
704 1st Street
Lockport, IL 60441


Mary Zawaski
12320 S. Ridgeland
Palos Heights, IL 60463


Maureen Kristin
5906 Liberty Square
Oak Forest, IL 60452


Maureen Mott
7626 W. 107th Street
Palos Hills, IL 60465


Mauricia Lopez
8756 W. Dartmouth Road
Orland Park, IL 60462


Michael Dolce
17967 Semmler Court
Tinley Park, IL 60487


Michael Mondello
12910 Silver Fox Drive
Lemont, IL 60439


Mike Clendenning
659 Juli Drive
New Lenox, IL 60451


Mondello Real Estate Group, Inc.
c/o Michael Mondello
12910 Silver Fox Drive
Lemont, IL 60439


Move Sales, Inc.
PO Box 4455
Scottsdale, AZ 85261


Muriel Carter
2605 S. Indiana
Imot 1002
Chicago, IL 60616

Nicholas Guiffre
207 Whispering Lake Drive
Palos Park, IL 60464


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Norah Hudon
12401 S. Nashville Avenue
Palos Heights, IL 60463


Patricia Vallejo
13520 Marissa Court
Homer Glen, IL 60491


Patricia Wyrick
21961 Princeton Circle
Frankfort, IL 60423


Patrick Zomparelli
PO Box 672
Orland Park, IL 60462


Paul Newman
12629 Royal George Court
Mokena, IL 60448


Peter Maniatis
9116 S. Keeler
Oak Lawn, IL 60453


Raymond Kennedy
7764 W. Almond Court
Frankfort, IL 60423


RE/MAX International, Inc.
PO Box 3907
Englewood, CO 80155


RE/MAX International, Inc./LLC
PO Box 3907
Englewood, CO 80155

RE/MAX Northrn Illinois, Inc.
2205 Point Blvd., Suite 100
Elgin, IL 60123

Rebecca Howard Real Estate, Inc.
c/o Becky Howard
18143 Waterway Court
Orland Park, IL 60467

Richard Wyrick
9415 Hitchcock Blvd.
Tinley Park, IL 60477

Robert Arnold
12333 S. 71st Court
Palos Heights, IL 60463

Robert Groark
8017 Meadowbrook
Orland Park, IL 60462

Robert Haustein
22434 Autumn Drive
Frankfort, IL 60423

Robert Moss
2690 Southwind Drive
New Lenox, IL 60451

Roger & Carol Hug
2121 Avondale Drive
Michigan City, IN 46360

Ron Reindl
Commission Express
PO Box 9059
Naperville, IL 60567

Ronald Bol
8317 Bob-O-Link
Orland Park, IL 60462

Ronda Wallace
7972 Marquette Drive. N.
Tinley Park, IL 60477

Ruben Vallejo
16213 Bormet Drive
Tinley Park, IL 60477


Ruth Hanna
14301 Spring Creek
Lockport, IL 60441


S&L Realty Group, Inc.
c/o Sheila Yakutis
12301 S. Nashville
Palos Heights, IL 60463


S&R Realty, Co.
c/o Sharon Krywanio
12640 Royal George Court
Mokena, IL 60448


Safeway Self-Storage
15821 Arroyo
Oak Forest, IL 60452


Sarah Kudia
12721 S. Newport Drive
Palos Park, IL 60464


Schmeier Real Estate, Inc.
c/o David Schmeier
471 Aspen Drive
New Lenox, IL 60451


Scott Shepard
4845 W. 137th Street
Midlothian, IL 60445


Shannon Daily
19 Old Creed Road North
Palos Park, IL 60464


Shannon E. Daily, Chartered
c/o Shannon Daily
19 Old Creed Road North
Palos Park, IL 60464

Sharon Krywanio
12640 Royal George Court
Mokena, IL 60448


Sharon Rago
13836 Lavergne
Midlothian, IL 60445


Sheila Yakutis
12301 S. Nashville
Palos Heights, IL 60463


Sherry Justice
14602 135th Avenue
Lockport, IL 60441


Silver Key Management, Inc.
c/o Dave Shalabi
16041 Laurel Drive
Orland Park, IL 60462


Silver Lake Country Club
PO Box 497
Orland Park, IL 60462


Small Business Administration
Attn: Bankruptcy Department
PO Box 740192
Atlanta, GA 30374


Sophie Williams
5337 S. Merrimac
Chicago, IL 60638


Spero Speropoulos
22 Cour De La Reine
Palos Hills, IL 60465


Steve Harris
8918 Meadowlark
Tinley Park, IL 60477


Sue Bernovich
9050 Helen Lane
Orland Park, IL 60462

Superstar Enterprises, Inc.
c/o Norah Hudon
12401 S. Nashville Avenue
Palos Heights, IL 60463


Susan Frederickson
12213 South 73rd Court
Palos Heights, IL 60463


Suzy Frederickson, Inc.
c/o Susan Frederickson
12213 South 73rd Court
Palos Heights, IL 60463


Team Realty Group, Inc.
c/o Scott Shepard
4845 W. 137th Street
Midlothian, IL 60445


The G-Slow Real Estate Team, Inc.
c/o George Slowinski
14606 Park Place
Homer Glen, IL 60491


The Sidwell Company
675 Sidwell Court
Saint Charles, IL 60174-3492


Thomas Ruszkowski
6 Black Walnut Trail
Palos Park, IL 60464


Tim Witkowski
17174 Highwood Drive
Orland Park, IL 60467


Timothy Norton
15638 Janas Drive
Homer Glen, IL 60491


Tom Dixon
17164 Winding Creek Drive
Orland Park, IL 60467

Traci Kelley
8248 W. 95th Street
Hickory Hills, IL 60457


U.S. Bank
1310 Madrid Sreet, Suite 102
Lockport, IL 60441


US Bank
1310 Madrid Sreet, Suite 101
Marshall, MN 56258-4002


US Bank
Office Equipment Financial Services
1310 Madrid Street, Suite 101
Marshall, MN 56258


V.I.P, Inc.
c/o Patricia Vallejo
13520 Marissa Court
Homer Glen, IL 60491


V.I.P. II, Ltd.
c/o Al Vallejo
13520 Marissa Court
Homer Glen, IL 60491


Vern Ohlson
155330 Edgewood Drive
Orland Park, IL 60462


Vicki Jo Tarantino
17809 Missouri Court
Orland Park, IL 60467


Village of Orland Park
PO Box 88060
Chicago, IL 60680-1060


Visual Listing Systems, Inc.
PO Box 856
Stony Brook, NY 11790

Warren DeVries
8438 Meadows Edge Trail
Tinley Park, IL 60477


XO Communications
14239 Collection Center Drive
Chicago, IL 60693


Zelia Cato
13 PemBrook Court
Flossmoor, IL 60422


Phil Orsi
16765 A. 94th Avenue
Tinley Park, IL 60477