# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| P&P REALTY, INC. | § | Case No. 11-18133 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk for the U.S. Bankruptcy
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/09/2013 in Courtroom 742,

United States Bankruptcy Courthouse
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/12/2013          By: N. Neville Reid
                                        Trustee

*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
P&P REALTY, INC.                    §        Case No. 11-18133
                                    §
          Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,600,714.13 |
| and approved disbursements of | $ | 1,134,284.24 |
| leaving a balance on hand of[1] | $ | 466,429.89 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | First Midwest Bank | $ 1,034,587.08 | $ 1,034,587.08 | $ 191,496.98 | $ 49,393.32 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 49,393.32 |
| Remaining Balance | $ | 417,036.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ 59,351.33 | $ 0.00 | $ 59,351.33 |
| Attorney for Trustee Fees: Fox Swibel Levin & Carroll, LLP | $ 137,128.50 | $ 137,128.50 | $ 0.00 |
| Attorney for Trustee Expenses: Fox Swibel Levin & Carroll, LLP | $ 5,472.36 | $ 5,472.36 | $ 0.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 13,217.00 | $ 0.00 | $ 13,217.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: Popowcer Katten, Ltd. | $ 77.10 | $ 0.00 | $ 77.10 |
| Other: International Sureties, Ltd. | $ 890.24 | $ 890.24 | $ 0.00 |
| Other: Aggregate 35% Dividend Distribution | $ 267,852.98 | $ 267,852.98 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 118,836.60 | $ 118,836.60 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 4,386.88 | $ 4,386.88 | $ 0.00 |
| Other: Ken Novak & Associates, Inc. | $ 201,726.18 | $ 0.00 | $ 201,726.18 |
| Other: Ken Novak & Associates, Inc. | $ 7,359.77 | $ 0.00 | $ 7,359.77 |
| Other: Fox, Swibel, Levin & Carroll, LLP | $ 132,575.00 | $ 0.00 | $ 132,575.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP | $ 2,730.19 | $ 0.00 | $ 2,730.19 |
| Other: Nisen & Elliott, LLC | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Other: Nisen & Elliott, LLC | $ 1,493.00 | $ 1,493.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    417,036.57

Remaining Balance    $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,141,532.26  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | John Charleston, Inc. | $ 17,507.50 | $ 0.00 | $ 0.00 |
| 000008 | JHS Properties, Inc. | $ 9,900.00 | $ 0.00 | $ 0.00 |
| 000009 | Superstar Enterprises, Inc. | $ 1,830.00 | $ 0.00 | $ 0.00 |
| 000010 | Sheila Yakutis | $ 9,570.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Carol O'Neill | $ 6,550.00 | $ 0.00 | $ 0.00 |
| 000012 | Linda Dore | $ 6,387.50 | $ 0.00 | $ 0.00 |
| 000013 | Stephen G Harris | $ 12,422.50 | $ 0.00 | $ 0.00 |
| 000014 | Bruce LaHa | $ 37,343.77 | $ 0.00 | $ 0.00 |
| 000017 | Patricia Wyrick | $ 3,125.00 | $ 0.00 | $ 0.00 |
| 000018 | Judi Newman | $ 16,135.00 | $ 0.00 | $ 0.00 |
| 000020 | Sherry Justice | $ 2,445.00 | $ 0.00 | $ 0.00 |
| 000021 | Vern Ohlson | $ 7,087.50 | $ 0.00 | $ 0.00 |
| 000022 | Michael Dolce | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000024 | Ruth Hanna | $ 14,215.00 | $ 0.00 | $ 0.00 |
| 000025 | Karen Foster | $ 10,673.63 | $ 0.00 | $ 0.00 |
| 000027 | Michael Mondello | $ 101,064.98 | $ 0.00 | $ 0.00 |
| 000028 | Darrell Johnson | $ 1,503.50 | $ 0.00 | $ 0.00 |
| 000029 | Tim Witkowski | $ 37,759.60 | $ 0.00 | $ 0.00 |
| 000030 | Mondello Real Estate Group, Inc. | $ 54,240.00 | $ 0.00 | $ 0.00 |
| 000031 | Karen Irace | $ 36,471.24 | $ 0.00 | $ 0.00 |
| 000033 | Zelia Cato | $ 3,035.00 | $ 0.00 | $ 0.00 |
| 000034 | Jane Blankshain | $ 7,976.41 | $ 0.00 | $ 0.00 |
| 000035 | Bev A Labuda dba BLKK Enterprises Inc | $ 4,065.75 | $ 0.00 | $ 0.00 |
| 000036 | Sharon Krywanio | $ 13,500.00 | $ 0.00 | $ 0.00 |
| 000037 | Carol Heine | $ 3,475.00 | $ 0.00 | $ 0.00 |
| 000038 | Susan Bernovich | $ 4,750.00 | $ 0.00 | $ 0.00 |
| 000039 | Robert Moss | $ 5,062.50 | $ 0.00 | $ 0.00 |
| 000040 | Margaret Alexa | $ 19,290.00 | $ 0.00 | $ 0.00 |
| 000041 | Patrick Zomparelli | $ 6,125.00 | $ 0.00 | $ 0.00 |
| 000042 | Becky Howard | $ 6,195.00 | $ 0.00 | $ 0.00 |
| 000043A | Jay Mishur | $ 11,725.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000043B | Jay Mishur | $ 9,971.88 | $ 0.00 | $ 0.00 |
| 000044A | Kathy Toscas | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000044B | Kathy Toscas | $ 52,334.00 | $ 0.00 | $ 0.00 |
| 000045A | James Kennedy JPK Capital Ltd | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000045B | James Kennedy JPK Capital Ltd | $ 195,941.33 | $ 0.00 | $ 0.00 |
| 000046 | Maria Li Mandri-Vaagen | $ 11,651.00 | $ 0.00 | $ 0.00 |
| 000047 | Robert Groark | $ 10,344.66 | $ 0.00 | $ 0.00 |
| 000049 | Ian Realty Inc | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 000050 | Ruben Vallejo | $ 13,947.50 | $ 0.00 | $ 0.00 |
| 000051 | Bill Weber | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 000052 | Janis Bray | $ 9,600.00 | $ 0.00 | $ 0.00 |
| 000053 | Kevin Burke Investments, Inc. | $ 32,558.15 | $ 0.00 | $ 0.00 |
| 000054 | Jose Tovar | $ 3,472.50 | $ 0.00 | $ 0.00 |
| 000055 | James Tammaro | $ 7,700.00 | $ 0.00 | $ 0.00 |
| 000056 | Brandi Orlando | $ 22,250.00 | $ 0.00 | $ 0.00 |
| 000058 | Clifford Rago | $ 6,910.00 | $ 0.00 | $ 0.00 |
| 000059 | Patricia Vallejo | $ 70,770.00 | $ 0.00 | $ 0.00 |
| 000060 | Barbara Brink | $ 14,700.00 | $ 0.00 | $ 0.00 |
| 000061 | Dave Manson | $ 11,137.50 | $ 0.00 | $ 0.00 |
| 000062A | Patricia Vallejo | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000062B | Patricia Vallejo | $ 14,577.50 | $ 0.00 | $ 0.00 |
| 000063 | Jim Nealis | $ 20,597.50 | $ 0.00 | $ 0.00 |
| 000064 | The G-Slow Real Estate Team, Inc. | $ 30,074.86 | $ 0.00 | $ 0.00 |
| 000065 | Dahoud Shalabi | $ 6,750.00 | $ 0.00 | $ 0.00 |
| 000067 | James LaHa | $ 8,900.00 | $ 0.00 | $ 0.00 |
| 000068 | Warren De Vries | $ 3,124.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000069 | Kelly Ryan | $ 16,787.00 | $ 0.00 | $ 0.00 |
| 000070 | Raymond Kennedy | $ 7,910.00 | $ 0.00 | $ 0.00 |
| 000071 | Spero Speropoulos | $ 9,610.00 | $ 0.00 | $ 0.00 |
| 000072 | Catherine Maier | $ 18,045.00 | $ 0.00 | $ 0.00 |
| 000073 | Team Realty Group Inc | $ 5,536.50 | $ 0.00 | $ 0.00 |

|  | Total to be paid to priority creditors | | $ 0.00 | |
|  | Remaining Balance | | $ 0.00 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 541,857.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | General Electric Capital Corp | $ 4,893.89 | $ 0.00 | $ 0.00 |
| 000002 | Roaring Fork Capital Partners | $ 118,349.26 | $ 0.00 | $ 0.00 |
| 000005 | Madonna Egan | $ 17,262.70 | $ 0.00 | $ 0.00 |
| 000006 | Roger & Carol Hug | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | US Bancorp Equipment Finance, Inc. | $ 58,512.02 | $ 0.00 | $ 0.00 |
| 000015 | Jamie Turner | $ 8,802.50 | $ 0.00 | $ 0.00 |
| 000016 | Linda Griffin | $ 14,939.77 | $ 0.00 | $ 0.00 |
| 000019 | Paul Newman | $ 4,060.00 | $ 0.00 | $ 0.00 |
| 000023 | Barbara Brink | $ 14,700.00 | $ 0.00 | $ 0.00 |
| 000026 | Ronda Wallace | $ 6,075.25 | $ 0.00 | $ 0.00 |
| 000032 | S&R Realty Co | $ 13,500.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000048 | Burdell Associates, Inc. d/b/a Commission Express | $ 74,088.34 | $ 0.00 | $ 0.00 |
| 000057 | Coventry II DDR/Tucker Marley Creek | $ 202,049.17 | $ 0.00 | $ 0.00 |
| 000066 | Warren De Vries | $ 4,625.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/N. Neville Reid _____
Trustee

*N. Neville Reid, Trustee*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-18133-CAD
P&P Realty, Inc.                                                    Chapter 7
          Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: bchavez        Page 1 of 5        Date Rcvd: Sep 13, 2013
                           Form ID: pdf006       Total Noticed: 190

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2013.
```
db          +P&P Realty, Inc.,    8947 W 147th Street,   Orland Park, IL 60462-2747
aty         +Kenneth J Donkel,    7220 West 194th Street, Suite 105,   Tinley Park, IL 60487-9228
17202064    +Al Vallejo,   13520 Marissa Court,   Homer Glen, IL 60491-6617
17202065     American Express,    PO Box 981535,   El Paso, TX 79998-1535
17202066    +Aneta Slodyczka,    12115 S. Flambeau Drive,   Palos Heights, IL 60463-1659
17202067    +Angela Adams,    9150 W. 162nd Street,   Orland Hills, IL 60487-5926
17202077     BLKK Enterprises,    c/o Bev Labuda,   16762 Plainfield,   Plainfield, IL 60544
17738543   ##+Barbara Brink,    16330 W Cayuse Ct,   Lockport, IL 60441-4355
17202070    +Barbara Freudinger,    1320 Arbor Drive,   Lemont, IL 60439-7483
17202071   ##+Barbara Peloquin,    715 Lake Court,   New Lenox, IL 60451-3643
17202072    +Becky Howard,    18143 Waterway Court,   Orland Park, IL 60467-5222
17202073     Best Buy,    Retail Services,   PO Box 19850-5521,   Wilmington, DE 19850-5521
17771113    +Bev A Labuda dba BLKK Enterprises Inc,   16762 Hazelwood Dr,   Plainfield, IL 60586-5839
17202075     Bev Labuda,    16762 Plainfield,   Plainfield, IL 60544
17202076    +Bill Weber,    16412 Lee,   Orland Park, IL 60467-5357
17202078    +Brandi Orlando,    8548 Hollybrook Lane,   Tinley Park, IL 60487-4484
17202079    +Bruce LaHa,    13136 Rado Drive North,   Homer Glen, IL 60491-8145
17202080    +Business Solutions Development, Inc,   14449 Pine Grove Drive,   Homer Glen, IL 60491-8135
17202082    +Cappas, Inc.,    c/o Gina Cappas,   17609 Capistrano Lane,   Orland Park, IL 60467-8209
17202083    +Carol Heine,    7661 Wheeler,   Orland Park, IL 60462-5049
17202084   ##+Carol O'Neill,    17721 Lilac Lane,   Tinley Park, IL 60477-6581
17202085    +Catherine Fehrenbacher,    8311 W. 164th Street,   Tinley Park, IL 60477-1289
17202086    +Catherine Maier,    8810 W. 121st Street,   Palos Park, IL 60464-1129
17202087     Chase,    PO Box 15298,   Wilmington, DE 19850-5298
17202088    +Christine Eul,    10931 Deblin Lane,   Oak Lawn, IL 60453-6319
17202089    +Christine Gentile,    18025 Pelican Drive,   Tinley Park, IL 60487-9522
17202090    +Cindy Dalton,    16955 S. 82nd Avenue,   Tinley Park, IL 60477-2345
17202091     Citibank,    PO Box 6000,   The Lakes, NV 89163-6000
17202092    +Clifford Rago,    13836 Lavergne,   Midlothian, IL 60445-1735
17202093    +Cory Bergamo,    12850 Cedar Lane,   Palos Heights, IL 60463-1917
17832586    +Coventry DDR/Tucker Marley Creek Square LLC,   3300 Enterprise Parkway,
              Beachwood, Ohio 44122-7200
17501637    +Coventry II DDR Tucker Marley Creek Sq,   Jay Mishur,   Grochocinski Grochocinski & Lloyd Ltd,
              1900 Ravinia Place,   Orland Park, IL 60462-3760
17202094    +Coventry II DDR/Tucker Marley Creek,   Eric C Cotton, Esq,   Developers Diversified Realty Corp,
              3300 Enterprise Parkway,   Beachwood, OH 44122-7200
17202095    +D.P.V. Inc.,    c/o Daniel Vainisi,   11923 Queens Court,   Mokena, IL 60448-9287
17837976    +Dahoud Shalabi,    14209 Meadowview Ct,   Orland Park, IL 60462-2350
17202096    +Dana Wick,    14928 Kilbourn,   Midlothian, IL 60445-3234
17202097    +Daniel Hurley,    10535 Deigo Lane,   Orland Park, IL 60467-8220
17202098    +Daniel Vainisi,    11923 Queens Court,   Mokena, IL 60448-9287
17202099    +Darrell Johnson,    8153 S. Maplewood Avenue,   Chicago, IL 60652-2809
17202100    +Dave Manson,    12105 W. Tamarack Lane,   Lockport, IL 60491-8426
17202102    +David Mires,    17046 Prestwick Drive,   Tinley Park, IL 60477-4717
17202103    +David Schmeier,    471 Aspen Drive,   New Lenox, IL 60451-1488
17264685    +Developers Diversified Realty Corp.,   3300 Enterprise Parkway,   Beachwood, Ohio 44122-7200
17202104    +Diane Williams,    8300 W. 162nd Place,   Tinley Park, IL 60477-8282
17202106    +Dixon Partners, Inc.,    c/o Tom Dixon,   17164 Winding Creek Drive,   Orland Park, IL 60467-6005
17202107     Erika Schmeier,    472 Aspen Drive,   New Lenox, IL 60451
17202108    +First Midwest Bank,    Attn William J Serritella Jr,   330 N Wabash Suite 1700,
              Chicago, IL 60611-7765
17202110    +George Skarpathiotis, M.D.,   7110 W. 127th Street,   Palos Heights, IL 60463-1682
17202111    +George Slowinski,    14606 Park Place,   Homer Glen, IL 60491-5608
17202112    +Gina Cappas,    17609 Capistrano Lane,   Orland Park, IL 60467-8209
17202114    +Gregory Buczek,    9308 Sunrise Lane,   Orland Park, IL 60462-4750
17202115    +IAN Realty, Inc.,    c/o John Sacketee,   18223 Hidden Valley Cove,   Orland Park, IL 60467-1386
17831204    +Ian Realty Inc.,    18223 Hidden Valley Cove,   Orland Park, IL 60467-1386
18878337    +Illinois Department of Employment Security,   33 S State St 10th Flr Bankruptcy Unit,
              Chicago, illinois 60603-2808
17202116    +Irace Property Services, Inc.,   c/o Karen Irace,   17202 Lakebrook Drive,
              Orland Park, IL 60467-6084
17202130    +JB Homes, Inc.,    c/o Jane Blankshain,   13701 Trafalgar Court,   Orland Park, IL 60462-6900
17202136    +JHS Properties, Inc.,    c/o John Schober,   14217 S. Union,   Orland Park, IL 60462-2010
17202147    +JW Homes Sold, P.C.,    c/o James Kennedy,   11219 Cameron Parkway,   Orland Park, IL 60467-7541
17202117    +Jack Gawron,    11017 Arbor Ridge Drive,   Orland Park, IL 60467-8619
17508693    +James Kennedy,    c/o Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
17202119    +James Kennedy,    11219 Cameron Parkway,   Orland Park, IL 60467-7541
17492885    +James Kennedy JPK Capital Ltd,   Grochocinski Grochocinski & Lloyd,   1900 Ravinia Place,
              Orland Park IL 60462-3760
17202120    +James LaHa,    13136 Rado Drive North,   Homer Glen, IL 60491-8145
17202121    +James Nealis,    4438 W. 117th Street,   Alsip, IL 60803-2147
17202122    +James Tammaro,    7928 Palm Court,   Orland Park, IL 60462-4102
17202123   ##+Jamie Turner,    19558 Old Coach Trail,   Frankfort, IL 60423-8649
```

```
17202124     +Jane Blankshain,   13701 Trafalgar Court,    Orland Park, IL 60462-6900
17202125     +Janice Zeman-Coutts,   50 Forest,   Unit #1S,   Riverside, IL 60546-2519
17202126     +Janis Bray,   18025 Voss Drive,    Orland Park, IL 60467-8419
17202127     +Jay Kennedy,   15985 S. 78th Avenue,    Tinley Park, IL 60477-6762
17202128     +Jay Mishur,   David E Grochocinski,   1900 Ravinia Place,    Orland Park, IL 60462-3760
17508663     +Jay Mishur,   c/o Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
17492703     +Jay Mishur,   c/o Grochocinski, Grochocinski & Lloyd,   1900Ravinia Place,
               Orland Park IL 60462-3760
17202129     +Jayne Schirmacher,   14427 Country Club Lane,    Orland Park, IL 60462-2844
17202131     +Jean Reedy,   2430 W. Lexington,   Chicago, IL 60612-3527
17202132     +Jennifer Kudia,   12722 S. Newport Drive,    Palos Park, IL 60464
17202133     +Jennifer Ratliff,   26402 Gorman Trail,   Monee, IL 60449-9231
17202134     +Jerreen Edmonds,   14732 Homan Avenue,    Midlothian, IL 60445-3617
17202135     +Jewel Thome,   21440 S. 78th Avenue,    Frankfort, IL 60423-9167
17834174     +Jim Nealis,   4438 W 117th Street,    Alsip, IL 60803-2147
17202137     +Joan Kelly,   15332 Maple Drive,    Oak Forest, IL 60452-1526
17202138     +Joanne Yovkovich,   8409 Hollybrook Lane,    Tinley Park, IL 60487-4468
17202139     +John Charleston,   16832 Steeplechase Parkway,    Orland Park, IL 60467-5894
17202140     +John Charleston, Inc.,   c/o John Charleston,   16832 Steeplechase Parkway,
               Orland Park, IL 60467-5894
17202141     +John Sackett,   18223 Hidden Valley Cove,    Orland Park, IL 60467-1386
17202142     +John Schober,   14217 S. Union,   Orland Park, IL 60462-2010
17202143     +Jose Tovar,   21766 Florin Court,    Frankfort, IL 60423-2259
17202144     +Judi Newman,   12629 Royal George Court,    Mokena, IL 60448-1662
17202145     +Judith Kijewski,   6617 Charleston,    Oak Forest, IL 60452-2644
17202146    #+Julie Ipema,   23800 Plum Valley Drive,    Crete, IL 60417-1780
17202148     +Kaitlin Allen,   8947 W. 147th Street,    Orland Park, IL 60462-2747
17202149     +Karen Foster,   807 S. Quincy St.,    Hinsdale, IL 60521-4385
17202150     +Karen Irace,   17202 Lakebrook Drive,    Orland Park, IL 60467-6084
17202151     +Kathy Toscas,   David E Grochocinski,   1900 Ravinia Place,    Orland Park, IL 60462-3760
17202152     +Kelly Kennedy,   9260 Pepperwood Drive,    Tinley Park, IL 60487-5602
17202153     +Kelly Ryan,   8255 Pecan Place,    Frankfort, IL 60423-1768
17202154     +Kenneth Asbridge,   751 Ironwood Drive,    Frankfort, IL 60423-1027
17202155     +Kenneth J. Donkel,   Attorney at Law,   7220 W. 194th St., Suite 105,
               Tinley Park, IL 60487-9228
17202156     +Kevin Allen,   3109 W. Belle Plaine Avenue,    Chicago, IL 60618-2475
17202157     +Kevin Burke,   622 Pine Street,    New Lenox, IL 60451-2120
17202158     +Kevin Burke Investments, Inc.,   c/o Kevin Burke,   622 Pine Street,    New Lenox, IL 60451-2120
17202160     +Larry Yakutis,   12401 S. Nashville,    Palos Heights, IL 60463-1772
17202161     +Laura Bugos,   14449 Pine Grove Drive,    Homer Glen, IL 60491-8135
17202162     +Laura LaPorta,   16249 Princeton,    Tinley Park, IL 60477-6734
17202163      Linda Dore,   18111 Primrose Lane,    Orland Park, IL 60462
17692918     +Linda Dore,   Thomas W Toolis,   9031 W 151st St 203,    Orland Park, IL 60462-6563
17202164     +Linda Griffin,   10759 Oakton Court,    Frankfort, IL 60423-8543
17202165     +Linda Johnson,   22413 Woodland Lane,    Frankfort, IL 60423-8962
17202166     +Louise O'Connor,   19470 S. Yorkshire Drive,    Mokena, IL 60448-9298
17202167     +Madonna Egan,   15321 Primrose Lane,    Orland Park, IL 60462-4108
17202168     +Margaret Alexa,   22116 Princeton Circle,    Frankfort, IL 60423-8504
17202169     +Maria Li Mandri-Vaagen,   14352 Birchwood Court,    Homer Glen, IL 60491-9105
17202170     +Mary Ellen Pickering,   8065 Apache Trail,    Tinley Park, IL 60477-6531
17202171     +Mary Mulka,   19542 Kevin Lane,    Mokena, IL 60448-7979
17202172     +Mary Poska,   704 1st Street,    Lockport, IL 60441-3107
17202173     +Mary Zawaski,   12320 S. Ridgeland,    Palos Heights, IL 60463-1856
17202174     +Maureen Kristin,   5906 Liberty Square,    Oak Forest, IL 60452-2856
17202176     +Mauricia Lopez,   8756 W. Dartmouth Road,    Palos Hills, IL 60465-1726
17202177     +Michael Dolce,   17967 Semmler Court,    Tinley Park, IL 60487-8679
17202178     +Michael Mondello,   12910 Silver Fox Drive,    Lemont, IL 60439-6767
17202179     +Mike Clendenning,   659 Juli Drive,    New Lenox, IL 60451-1269
17202180     +Mondello Real Estate Group, Inc.,   c/o Michael Mondello,   12910 Silver Fox Drive,
               Lemont, IL 60439-6767
17202181     +Muriel Carter,   2605 S. Indiana,   Imot 1002,    Chicago, IL 60616-2849
17202183     +Nicholas Guiffre,   207 Whispering Lake Drive,    Palos Park, IL 60464-2535
17202184     +Norah Hudon,   12401 S. Nashville Avenue,    Palos Heights, IL 60463-1772
17202186     +Patricia Vallejo,   VIP, Inc.,   Patricia A. Vallejo,   13520 Marissa Court,
               Homer Glen, IL 60491-6617
17202187     +Patricia Wyrick,   21961 Princeton Circle,    Frankfort, IL 60423-8506
17202188     +Patrick Zomparelli,   PO Box 672,    Orland Park, IL 60462-0672
17202189     +Paul Newman,   12629 Royal George Court,    Mokena, IL 60448-1662
17202190      Peter Maniatis,   9116 S. Keeler,    Palos Heights, IL 60463
17202193     +RE/MAX Northrn Illinois, Inc.,   2205 Point Blvd., Suite 100,    Elgin, IL 60123-7840
17202191     +Raymond Kennedy,   7764 W. Almond Court,    Frankfort, IL 60423-6934
17202194     +Rebecca Howard Real Estate, Inc.,   c/o Becky Howard,   18143 Waterway Court,
               Orland Park, IL 60467-5222
17202195     +Richard Wyrick,   9415 Hitchcock Blvd.,    Tinley Park, IL 60487-6251
17202192     +Roaring Fork Capital Partners,   RE/MAX Northern Illinois Inc,
               Frank Marco Gregorio & Associates,   2 N LaSalle Street Suite 1650,   Elgin, IL 60602-4035
17202196     +Robert Arnold,   12333 S. 71st Court,    Palos Heights, IL 60463-1547
17202197     +Robert Groark,   8017 Meadowbrook,    Orland Park, IL 60462-4974
17202198     +Robert Haustein,   22434 Autumn Drive,    Frankfort, IL 60423-3137
```

```
District/off: 0752-1            User: bchavez          Page 3 of 5          Date Rcvd: Sep 13, 2013
                               Form ID: pdf006         Total Noticed: 190
```

```
17202199   +Robert Moss,   2690 Southwind Drive,   New Lenox, IL 60451-9231
17202200   +Roger & Carol Hug,   2121 Avondale Drive,   Michigan City, IN 46360-1563
17202201   +Ron Reindl,   Commission Express,   PO Box 9059,   Naperville, IL 60567-0059
17202202   +Ronald Bol,   8317 Bob-O-Link,   Orland Park, IL 60462-4123
17202203   +Ronda Wallace,   7972 Marquette Drive. N.,   Tinley Park, IL 60477-4566
17202204   +Ruben Vallejo,   16213 Bormet Drive,   Tinley Park, IL 60477-6365
17202205   +Ruth Hanna,   14301 Spring Creek,   Lockport, IL 60491-9309
17202206   +S&L Realty, Co.,   c/o Sharon Krywanio,   12640 Royal George Court,   Mokena, IL 60448-1661
17761099   +S&R Realty Co,   Sharon Krywanio,   12640 Royal George Ct,   Mokena, IL 60448-1661
17202207   +Sarah Kudia,   12721 S. Newport Drive,   Palos Park, IL 60464-2602
17202208   +Schmeier Real Estate, Inc.,   c/o David Schmeier,   471 Aspen Drive,   New Lenox, IL 60451-1488
17202209   +Scott Shepard,   4845 W. 137th Street,   Midlothian, IL 60445-3901
17202210   +Shannon Daily,   19 Old Creed Road North,   Palos Park, IL 60464-1414
17202211   +Shannon E. Daily, Chartered,   c/o Shannon Daily,   19 Old Creed Road North,
            Palos Park, IL 60464-1414
17202212   +Sharon Krywanio,   12640 Royal George Court,   Mokena, IL 60448-1661
17202213   +Sharon Rago,   13836 Lavergne,   Midlothian, IL 60445-1735
17202214    Sheila Yakutis,   12301 S. Nashville,   Palos Heights, IL 60463
17202215   +Sherry Justice,   14602 135th Avenue,   Lockport, IL 60441-2320
17202218   +Sophie Williams,   5337 S. Merrimac,   Chicago, IL 60638-1328
17202219   +Spero Speropoulos,   22 Cour De La Reine,   Palos Hills, IL 60465-2405
17693089   +Stephen G Harris,   Thomas W Toolis,   9031 W 151st St 203,   Orland Park, IL 60462-6563
17284903   +Steve Harris c/o,   9031 W. 151st St.,   Suite 203,   Orland Park, IL 60462-6563
17202221   +Sue Bernovich,   9050 Helen Lane,   Orland Park, IL 60462-7726
17202222   +Superstar Enterprises, Inc.,   c/o Norah Hudon,   12401 S. Nashville Avenue,
            Palos Heights, IL 60463-1772
17801946   +Susan Bernovich,   9050 Helen Lane,   Orland Park, IL 60462-7726
17202223   +Susan Frederickson,   12213 South 73rd Court,   Palos Heights, IL 60463-1327
17202224   +Suzy Frederickson, Inc.,   c/o Susan Frederickson,   12213 South 73rd Court,
            Palos Heights, IL 60463-1327
17842772   +Team Realty Group Inc,   Scott Shepard,   13152 South Cicero Avenue Suite 137,
            Crestwood, Illinois 60445-1470
17202225   +Team Realty Group, Inc.,   c/o Scott Shepard,   4845 W. 137th Street,   Midlothian, IL 60445-3901
17202226   +The G-Slow Real Estate Team, Inc.,   c/o George Slowinski,   14606 Park Place,
            Homer Glen, IL 60491-5608
17202227   +Thomas Ruszkowski,   6 Black Walnut Trail,   Palos Park, IL 60464-1781
17202228   +Tim Witkowski,   17174 Highwood Drive,   Orland Park, IL 60467-6025
17202229   +Timothy Norton,   15638 Janas Drive,   Homer Glen, IL 60491-7445
17202230   +Tom Dixon,   17164 Winding Creek Drive,   Orland Park, IL 60467-6005
17202231   +Traci Kelley,   8248 W. 95th Street,   Hickory Hills, IL 60457-1736
17590113   +US Bancorp Equipment Finance, Inc.,   Attn:  Bkcy Dept,   1310 Madrid St.,
            Marshall, MN 56258-4099
17202232    US Bank,   1310 Madrid Street, Suite 101,   Marshall, MN 56258-4002
17202233   +V.I.P. II, Ltd.,   c/o Al Vallejo,   13520 Marissa Court,   Homer Glen, IL 60491-6617
17202234   +V.I.P., Inc.,   c/o Patricia Vallejo,   13520 Marissa Court,   Homer Glen, IL 60491-6617
17202235    Vern Ohlson,   155330 Edgewood Drive,   Orland Park, IL 60462
17202236   #+Vicki Jo Tarantino,   17809 Missouri Court,   Orland Park, IL 60467-9339
17837986   +Warren De Vries,   8438 Meadows Edge Trail,   Tinley Park, IL 60487-7046
17202237   +Warren DeVries,   8438 Meadows Edge Trail,   Tinley Park, IL 60487-7046
17202238   +Zelia Cato,   13 Pembrook Court,   Flossmoor, IL 60422-2291
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17828945    +E-mail/Text: kori@bazanoslaw.com Sep 14 2013 00:02:18
             Burdell Associates, Inc. d/b/a Commission Express,   c/o Kori M Bazanos,
             100 W Monroe St., Ste. 2100,   Chicago, Illinois 60603-1913
17202081    +E-mail/Text: cms-bk@cms-collect.com Sep 14 2013 00:02:27     Capital Management Services, LP,
             726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
17202105     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2013 00:11:19     Discover,   PO Box 30943,
             Salt Lake City, UT 84130
17202109    +E-mail/Text: capitalbankruptcynotice@ge.com Sep 14 2013 00:05:38     GE Capital,   PO Box 740423,
             Atlanta, GA 30374-0423
17358238    +E-mail/Text: capitalbankruptcynotice@ge.com Sep 14 2013 00:05:38
             General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
17202182    +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 14 2013 00:04:51     NCO Financial Systems,
             507 Prudential Road,   Horsham, PA 19044-2368
17202217    +E-mail/Text: birminghamtops@sba.gov Sep 14 2013 00:05:40     Small Business Administration,
             Attn: Bankruptcy Department,   PO Box 740192,   Atlanta, GA 30374-0192
17828926    +E-mail/Text: kori@bazanoslaw.com Sep 14 2013 00:02:18     c/o Kori M Bazanos,
             100 W Monroe St., Ste. 2100,   Chicago, IL 60603-1913
                                                                                  TOTAL: 8
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17202185     P&P Realty, Inc.
17468914     Roaring Fork Capital Partners d/b/a Re/Max Norther
```

District/off: 0752-1          User: bchavez          Page 4 of 5          Date Rcvd: Sep 13, 2013
                             Form ID: pdf006          Total Noticed: 190

17202074*    Best Buy Retail Services,    PO Box 19850-5521,    Wilmington, DE 19850-5521
17808660*   +Robert Moss,   2690 Southwind Drive,    New Lenox, IL 60451-9231
17738632*   +Ruth Hanna,   14301 Spring Creek,    Lockport, IL 60491-9309
17202068    ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
17202069   ##+Barbara Brink,   14442 Golf,    Orland Park, IL 60462-7424
17202101   ##+Dave Shalabi,   16041 Laurel Drive,    Orland Park, IL 60462-5600
17202113   ##+Grace Flanagan,    8611 W. 141st,    Orland Park, IL 60462-4278
17202118   ##+Jack Wolf,   7439 Willowwood Court,    Apt. 2NE,   Orland Park, IL 60462-5191
17202159   ##+Kevin Kennedy,   15985 S. 78th Avenue,    Tinley Park, IL 60477-6762
17202175   ##+Maureen Mott,    7626 W. 107th Street,    Palos Hills, IL 60465-2034
17202216   ##+Silver Key Management, Inc.,    c/o Dave Shalabi,    16041 Laurel Drive,
             Orland Park, IL 60462-5600
17202220   ##+Steve Harris,   8918 Meadowlark,    Tinley Park, IL 60487-9513

                                                                 TOTALS: 2, * 3, ## 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2013 at the address(es) listed below:
              Danica L Werhand    on behalf of Creditor    First Midwest Bank dwerhand@agdglaw.com,
              MMarzuki@agdglaw.com
              Daniel P. Dawson    on behalf of Trustee N. Neville Reid ddawson@nisen.com,  adrag@nisen.com
              Daniel P. Dawson    on behalf of Plaintiff N. Neivlle Reid ddawson@nisen.com,  adrag@nisen.com
              David E Grochocinski    on behalf of Creditor Kathy   Toscas lawyers@innovalaw.com,
              lawyers@innovalaw.com
              David E Grochocinski    on behalf of Creditor James   Kennedy lawyers@innovalaw.com,
              lawyers@innovalaw.com
              David E Grochocinski    on behalf of Creditor Jay   Mishur lawyers@innovalaw.com,
              lawyers@innovalaw.com
              Elizabeth Gayle Peterson    on behalf of Other Prof. Ken   Novak epeterson@fslc.com,
              docket@fslc.com;bkdocket@fslc.com
              Elizabeth Gayle Peterson    on behalf of Trustee N. Neville Reid epeterson@fslc.com,
              docket@fslc.com;bkdocket@fslc.com
              Elizabeth Gayle Peterson    on behalf of Attorney    Fox, Hefter, Swibel, Levin & Carroll, LLP
              epeterson@fslc.com,   docket@fslc.com;bkdocket@fslc.com
              Frank  Marco   on behalf of Creditor    Roaring Fork Capital Partners, Inc. d/b/a Re/Max Northern
              Illinois fmarco@gregoriolaw.com,   sbain@gregoriolaw.com
              Jacqueline M Helmrick    on behalf of Creditor    First Midwest Bank jhelmrick@agdglaw.com,
              wserritella@agdglaw.com
              Kori M Bazanos    on behalf of Creditor    Burdell Associates, Inc. d/b/a Commission Express
              kori@bazanoslaw.com
              Lester A Ottenheimer, III    on behalf of Debtor    P&P Realty, Inc. lottenheimer@olawgroup.com,
              nfishkin@olawgroup.com
              N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
              N. Neville Reid    on behalf of Trustee N. Neville Reid nreid@fslc.com,
              bkdocket@fslc.com;kgoin@fslc.com
              N. Neville Reid    on behalf of Attorney    Fox Swibel Levin & Carroll, LLP nreid@fslc.com,
              nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan T Schultz    on behalf of Trustee N. Neville Reid rschultz@fslc.com,  bkdocket@fslc.com
              Ryan T Schultz    on behalf of Other Prof. Ken   Novak rschultz@fslc.com,  bkdocket@fslc.com
              Thomas W Toolis    on behalf of Defendant Verner   Ohlson twt@jtlawllc.com,
              lld@jtlawllc.com;axb@jtlawllc.com
              Thomas W Toolis    on behalf of Creditor Steve   Harris twt@jtlawllc.com,
              lld@jtlawllc.com;axb@jtlawllc.com

District/off: 0752-1          User: bchavez            Page 5 of 5            Date Rcvd: Sep 13, 2013
                             Form ID: pdf006           Total Noticed: 190

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W Toolis    on behalf of Defendant Linda  Dore twt@jtlawllc.com,
          lld@jtlawllc.com;axb@jtlawllc.com
                                                                              TOTAL: 22